IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>GARMIN LIMITED and<br>GARMIN INTERNATIONAL, INC.<br><br>        Defendant. | FILED: JUNE 5, 2008<br>08 CV 3248   JH<br>JUDGE PALLMEYER<br>Civil Action No. MAGISTRATE JUDGE VALDEZ<br><br>JURY TRIAL DEMANDED |

## LR 3.2 Notification of Affiliates – Disclosure Statement

Pursuant to Local Rule 3.2, plaintiff, SP Technologies, LLC ("SPT"), states that it has no parent corporations and that no publicly held company owns 10% or more of SPT's stock.

SP TECHNOLOGIES, LLC

/s/ Raymond P. Niro
Raymond P. Niro
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiffs,
SP TECHNOLOGIES, LLC