IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC, ) | FILED: JUNE 5, 2008 |
| ) | 08 CV 3248    JH |
| Plaintiff, ) | JUDGE PALLMEYER |
| ) Civil Action No. | MAGISTRATE JUDGE VALDEZ |
| vs. ) | |
| ) | |
| GARMIN LIMITED and ) | JURY TRIAL DEMANDED |
| GARMIN INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

**LR 3.4 Notice of Claims Involving Patents**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.4, plaintiff, SP Technologies, LLC ("SPT"), hereby notify the Clerk that this action involves claims of infringement of United States Patent No. 6,784,873 ("the '873 patent"), entitled "Method and Medium for Computer Readable Keyboard Display Incapable of User Termination," issued August 31, 2004.  The addresses of the parties are as follows:

2

| *Plaintiffs* | *Defendants* |
|---|---|
| SP Technologies LLC<br>950 North Michigan Ave - #2406<br>Chicago, Illinois 60611 | Garmin Limited<br>45 Market Street<br>Gardenia Court<br>Camana Bay, Cayman Islands |
| SP Technologies LLC<br>300 Beach Drive NE - #802<br>St. Petersburg, Florida 33701 | Garmin International Inc.<br>1200 East 151st Street<br>Olathe, Kansas 66062 |

SP TECHNOLOGIES, LLC


/s/ Raymond P. Niro
Raymond P. Niro
Sally J. Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff,
SP TECHNOLOGIES, LLC