## United States District Court for the Northern District of Illinois

Case Number: 08CV3248        Assigned/Issued By: DAJ

Judge Name: PALLMEYER        Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

Amount Due:  [✓] $350.00    [ ] $39.00    [ ] $5.00
             [ ] IFP        [ ] No Fee    [ ] Other _____
             [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00        Receipt #: 2834119

Date Payment Rec'd: 06/05/08        Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

 2  Original and  0  copies on  06/05/08  as to  DEF'S. _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm        03/14/05