IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08 CV 3248 |
| vs. | ) | |
| | ) | |
| GARMIN LIMITED, GARMIN | ) | Honorable Judge Pallmeyer |
| INTERNATIONAL, INC., TOMTOM, INC., | ) | Mag. Judge Valdez |
| and MAGELLAN NAVIGATION, INC. | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SP Technologies, LLC ("SPT") complains of defendants, Garmin Limited and Garmin International, Inc. ("Garmin"), TomTom, Inc. ("TomTom") and Magellan Navigation, Inc. ("Magellan") as follows:

## NATURE OF ACTION

1.     This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, including 35 U.S.C. §§ 271 and 281. This Court has exclusive jurisdiction over the subject matter of this case under 28 U.S.C. § 1338(a).

## PLAINTIFF SP TECHNOLOGIES AND THE PATENT IN SUIT

2.     SP Technologies, LLC is a Delaware limited liability corporation having offices at 950 North Michigan Avenue, #2406, Chicago, Illinois  60611 and 300 Beach Drive NE #802, St. Petersburg, Florida 33701.  SPT owns all right, title and interest in and has standing to sue for infringement of United States Patent No. 6,784,873 B1 ("the '873 patent"), entitled "Method and Medium for Computer Readable Keyboard Display Incapable of User Termination" issued August 31, 2004 (Exhibit A).

1

## DEFENDANTS

### Garmin

3.     Defendant Garmin Limited is a corporation organized under the laws of the Cayman Islands and having offices at 1200 East 151st, Olathe, Kansas  66062 and 45 Market Street, Gardenia Court, Camana Bay, Cayman Islands.

4.     Defendant Garmin International Inc. is a subsidiary of Garmin Ltd. having offices at 1200 East 151st Street, Olathe, Kansas  66062.

5.     Defendant Garmin International Inc. having one retail store (opened in 2006) where it offers its GPS products for sale located in this judicial district at the Garmin retail store located at 633 North Michigan Avenue, Chicago, Illinois (Exhibit B).

6.     Defendant Garmin transacts substantial business in this judicial district and has committed acts of patent infringement complained of in the Complaint in this judicial district, at least by selling and offering to sell at least its touch-screen personal navigation devices ("PND") (such as the nüvi 260, Exhibit C) over the Internet, through Garmin's retail store located in this district at 633 North Michigan Avenue, Chicago, Illinois, 60611 and for example, at the Wal-Mart store in Crystal Lake, Illinois (Exhibit D), and further by inducing residents located in this district to infringe the '873 patent by purchase of accused touch-screen PND products.

### TomTom

7.     Defendant TomTom, Inc. is a corporation of the Commonwealth of Massachusetts having offices at 150 Baker Avenue, Concord, Massachusetts  01742.

8.      Defendant TomTom transacts substantial business in this district and has committed acts of patent infringement complained of in the Complaint in this judicial district, at least by offering to sell its touch-screen personal navigation devices ("PNDs") (such as the TomTom *One*, Exhibit E) over the Internet, and through retail stores in this district such as the Wal-Mart store located in Crystal Lake, Illinois (Exhibit D) and further by inducing residents located in this district to infringe the '873 patent by purchasing and using the accused TomTom products.

## Magellan

9.      Defendant Magellan Navigation, Inc. is a Delaware corporation having offices at 471 El Camino Real, Santa Clara, CA  95050-4300.

10.     Defendant Magellan transacts substantial business in this district and has committed acts of patent infringement complained of in the Complaint in this judicial district, at least by offering to sell its touch-screen personal navigation devices ("PNDs") (such as the Magellan *Maestro 3Z20*, Exhibit F) over the Internet and offering such accused products for sale through numerous retail stores in this district such as the Wal-Mart store located in Crystal Lake, Illinois (Exhibit D) and further by inducing residents located in this district to infringe the '873 patent by purchasing and using the accused Magellan products.

11.     Venue is proper in this district as to all defendants under 28 U.S.C. §§ 1391 and 1400(b).

## GARMIN'S ACTS OF PATENT INFRINGEMENT

12.     Plaintiff reasserts paragraphs 1-11 of the above allegations herein.

13.    Garmin has infringed, and is now infringing, at least claims 1, 4, 9 and 10 of the '873 patent through, among other activities, the use, sale, offer for sale of its touch-screen PND product (such as the nüvi 260) and by knowingly and actively inducing others to infringe and by contributing to the infringement by others, located in this judicial district.

14.    Garmin's infringement, contributory infringement and inducement to infringe has injured and will contribute to injure SPT unless and until this Court enters an injunction prohibiting further infringement and enjoining further sale, offer for sale or inducement to infringe Garmin products that fall within the scope of the '873 patent. SPT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

15.    Garmin's infringement and inducement to infringe has been willful and deliberate and has injured and will continue to injure SPT, unless and until this Court enters an injunction prohibiting further infringement of the '873 patent.

## **TOMTOM'S ACTS OF PATENT INFRINGEMENT**

16.    Plaintiff reasserts paragraphs 1-11 of the above allegations herein.

17.    TomTom has infringed, and is now infringing, at least claims 1, 4, 9 and 10 of the '873 patent through, among other activities, the use, sale, offer for sale of its touch-screen PND product (such as the TomTom *One*) and by knowingly and actively inducing others to infringe and by contributing to the infringement by others, located in this judicial district.

18.    TomTom's infringement, contributory infringement and inducement to infringe has injured and will contribute to injure SPT unless and until this Court enters

an injunction prohibiting further infringement and enjoining further sale, offer for sale or inducement to infringe TomTom products that fall within the scope of the '873 patent. SPT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

19.     TomTom's infringement and inducement to infringe has been willful and deliberate and has injured and will continue to injure SPT, unless and until this Court enters an injunction prohibiting further infringement of the '873 patent.

## MAGELLAN'S ACTS OF PATENT INFRINGEMENT

20.     Plaintiff reasserts paragraphs 1-11 of the above allegations herein.

21.     Magellan has infringed, and is now infringing, at least claims 1, 4, 9 and 10 of the '873 patent through, among other activities, the use, sale, offer for sale of its touch-screen PND product (such as the Magellan *Maestro 3Z20*) and by knowingly and actively inducing others to infringe and by contributing to the infringement by others, located in this judicial district.

22.     Magellan's infringement, contributory infringement and inducement to infringe has injured and will contribute to injure SPT unless and until this Court enters an injunction prohibiting further infringement and enjoining further sale, offer for sale or inducement to infringe Magellan products that fall within the scope of the '873 patent. SPT is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

23.     Magellan's infringement and inducement to infringe has been willful and deliberate and has injured and will continue to injure SPT, unless and until this Court enters an injunction prohibiting further infringement of the '873 patent.

WHEREFORE, plaintiff SP Technologies LLC respectfully requests this Court enter judgment against defendant Garmin Limited, and against its subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with it, granting the following relief:

A.     The entry of judgment in favor of SPT and against the defendant Garmin;

B.     An award of damages adequate to compensate SPT for the infringement that has occurred (together with prejudgment interest from the date the infringement began), but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

C.     An award to SPT of all remedies available under 35 U.S.C. § 284;

D.     An award to SPT of all remedies available under 35 U.S.C. § 285;

E.     A permanent injunction prohibiting further infringement and inducement of the '873 patent; and,

F.     Such other relief that SPT is entitled to under law and any other relief that this Court or a jury may deem just and proper.

### Jury Demand

SPT demands a trial by jury on all issues presented in this complaint.

Respectfully submitted,

/s/Sally Wiggins

Raymond P. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137

Attorneys for Plaintiff SP Technologies, LLC

# Exhibit A

US 6,784,873 B1

(12) **United States Patent**　　(10) **Patent No.:**　　**US 6,784,873 B1**

Boesen et al.　　(45) **Date of Patent:**　　**Aug. 31, 2004**

(54) **METHOD AND MEDIUM FOR COMPUTER READABLE KEYBOARD DISPLAY INCAPABLE OF USER TERMINATION**

(76) Inventors: **Peter V. Boesen**, 4026 Beaver Ave., Des Moines, IA (US) 50310; **Thomas J. Mann**, 330 N. 93rd St., Omaha, NE (US) 68114

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 70 days.

(21) Appl. No.: **09/632,922**

(22) Filed: **Aug. 4, 2000**

(51) **Int. Cl.**[7] ................................................. **G09G 5/00**

(52) **U.S. Cl.** ....................... **345/173**; 345/174; 345/175; 345/168

(58) **Field of Search** ................................. 345/173, 175, 345/174, 168

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,736,973 A * 4/1998 Godfrey et al. ............. 345/102
6,081,263 A   6/2000 LeCall et al. ............... 345/327
6,094,197 A * 7/2000 Buxton et al. .............. 345/358

OTHER PUBLICATIONS

Alan Freeman, The Computer Desktop Encyclopedia, 1999, The Computer Language Company Inc., second edition, pp. 99, 254, 678, 976.*

Article entitled "Wireless Future Sizzles," by Keith Darce, The Times Picayne, Sep. 26, 1999.

Article entitled "Tiny computers come in handy, doctors find" by Thomas R. O'Connell, The Des Moines Register, pp. 1B, 4B.

* cited by examiner

Primary Examiner—Matthew C. Bella
Assistant Examiner—Tam Tran
(74) Attorney, Agent, or Firm—McKee, Voorhees & Sease, P.L.C.

(57)　　　　　**ABSTRACT**

A method and medium for a computer readable input area. The input area is created by a computer program on a display capable of receiving touch-screen input. The computer on which the input area in used is at least a 32-bit system. The input area may contain a keyboard which is an image map. External programming may selectively access the input area through a dynamic link library. The input area has no task bar and may not be minimized, maximized, or deleted. Therefore, the input area becomes an integral component and provides the user with a constant and reliable method of inputting information into the computer program.

**10 Claims, 2 Drawing Sheets**



*Fig. 1*




*Fig. 2*

US 6,784,873 B1

**1**

## METHOD AND MEDIUM FOR COMPUTER READABLE KEYBOARD DISPLAY INCAPABLE OF USER TERMINATION

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to a method and medium for inputting data, and more particularly, to a keyboard of constant size and shape present on the screen of a touch-screen style computer whenever user input may be desired. The keyboard display may be used by any number of computer software programs, including any known operating system in which a touch-sensitive computer display may be incorporated. Additionally, the present invention may be used in conjunction with any individual computer, network and/or Internet based system.

2. Problem in the Art

Computers with touch-screen displays, allowing a user to simply press on a desired location to obtain a desired input, have been around for some time. For example, a pen-based computer, such as the Fujitsu Model Point 1600, allows a user to press on the screen using the attached pen or other styli, and thereby provide user input. The use of such a pen-based computer allows a user to enter all necessary data without the need for an external keyboard, mouse or other input device. The use of an on-screen keyboard in such a computer allows a user to input data without the need for additional handwriting recognition software. Handwriting recognition software, while constantly improving, is often inaccurate and cumbersome. Further, such handwriting recognition software is often processor intensive.

Currently, on-screen keyboards allow a user to maximize, minimize, or simply remove the keyboard on the display. Further, the shape and size of the keyboard may be altered. Often, such alterations or terminations are accidental and returning a keyboard to a useable size and shape wastes valuable time. In a medical setting, for example, it is highly undesirable to have a care provider attempting to recover from an accidental keyboard alteration when the care provider should be attending to and recording information on patients. It is therefore desirable to provide an on-screen keyboard which is incapable of alteration or termination by a user.

More and more applications are being developed for pen-based or touch-screen based computers. These applications will typically require a user to input data at a specific location on the screen. An on-screen keyboard may be necessary to provide the desired input. However, current on-screen keyboards may be moved by the user and therefore placed in undesirable locations which may block necessary text input fields or instructions. Further, current on-screen keyboard include a task bar having minimizing and maximizing buttons which allow a user to enlarge or reduce the window in which the keyboard appears. Often, such keyboards also include a close button which allows the user to terminate the keyboard. Upon pressing these buttons, many computer novices have difficulty launching another instance of the keyboard or recovering the keyboard to a usable state. It is therefore desirable to have an on-screen keyboard which is capable of permanent placement on a computer display.

Computer programs may require input only randomly. Many ask for user input and then present the results. Many would clearly hamper the presentation of results, data or other information to have an on-screen keyboard present at

**2**

all times, it is desirable to provide an on-screen keyboard which may be selectively called up as a subroutine or subprogram by a variety of programming.

There is therefore a need to have an on-screen keyboard which solves these and other problems in the art.

### FEATURES OF THE INVENTION

A general feature of the present invention is the provision of an input area which overcomes the problems found in the prior art.

A further feature of the present invention is the provision of an input area which may be used in conjunction with touch-sensitive displays.

Another feature of the present invention is the provision of an input area which is immutable.

A further feature of the present invention is the provision of an input area which may not be moved.

A still further feature of the present invention is the provision of an input area which allows a user to input data without the need for handwriting recognition software.

An additional feature of the present invention is the provision of an input area which may not be maximized.

Another feature of the present invention is the provision of an input area which may not be minimized.

A still further feature of the present invention is the provision of an input area which may not be removed by the user.

A further feature of the present inventions the provision of an input area which contains a keyboard.

Another feature of the present invention i the provision of an input area which may be selectively used by a computer program.

A still further feature of the present invention is the provision of an input area which provides an easy to use and reliable method of inputting information into a computer system regardless of the level of computer skill possessed by the user.

These, as well as other features and advantages of the present invention will become apparent from the following specification and claims.

### SUMMARY OF THE INVENTION

The present invention generally comprises an immutable keyboard display. In a preferred embodiment, the present invention includes a software application that provides a keyboard display which may not be minimized, maximized, closed, or deleted. Further, the keyboard display allows a user to input information as desired via a touch-screen based or pen based computer.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a pictorial representation of a display of a pen-based computer incorporating the keyboard display of the present invention.

FIG. 2 is a close-up view of the keyboard display of the present invention.

### DETAILED DESCRIPTION OF THE EMBODIMENT

The present invention will be described as it applies to its preferred embodiment. It is not intended that the present invention be limited to the described embodiment. It is intended that the invention cover all modifications and

US 6,784,873 B1

3

alternatives which may be included within the spirit and scope of the invention.

As shown in FIG. 1, a pen-based computer 10, such as the Fujitsu Model Point 1600, includes a touch-sensitive display 12. On the display 12 is shown the user interface for a software application 14 which may be running from or accessed by the computer 10. It is to be understood that the computer 10 could be a stand-alone computer or a part of any network or Internet based system. However, the computer 10 preferably provides a 32 bit environment. Computer 10 may access any type of software application through any number of known drives or via a network or web server. Once accessed, the user will see the application as it appears on the display 12 of the computer 10. The application may ask for user input at various locations through the use of text boxes 16 or other fields. The user may provide the desired input by holding the pen 18 or any other known input device which may include the user's finger, and pressing on the display 12 of the computer 10 so as to strike a desired key 22 of the keyboard 20.

The keyboard 20 is preferably an image map or active map incorporated at a set location on the display 12. The keyboard 20 may not be moved, maximized, or minimized. Therefore, the keyboard 20 provides the user with a constant input area to which the user may become accustomed and becomes an integral component.

The keyboard 20, as shown in FIG. 2, contains a plurality of keys 22. The keys 22 may include all those currently found on any standard typewriter or computer keyboard, or may be application-specific. For instance, if the software in which user input is desired is primarily financial software, the keyboard 20 may include only numbers. Further, if the software requires the user to input names or words, the keyboard 20 may include one key 22 for every letter of the alphabet and any necessary punctuation or function keys. Further, the keys 22 may be programmed to represent any symbol or accentuated letter to allow the keyboard to be used in applications in which input may be required in various languages.

The keyboard 20 is preferably the result of a software application written in Visual Basic or C++, though various software programming languages may be used. The keyboard has all task bars removed and may not be minimized, maximized, deleted, closed or resized and is therefore immutable. Preferably, the keyboard application is a subroutine or subprogram which is made available for use by external software applications. The keyboard application is preferably part of the operating system running on the computer 10. Incorporating the keyboard application into the computer 10 allows the keyboard application to be available to any external software application capable of running on the computer 10. The keyboard application may include a dynamic link library (dll) application. The dll application allows the external software to selectively use the keyboard and either have the keyboard in or out. This allows the software to use the entirety of the screen when necessary for displaying information or results.

An example of the keyboard application programming as it would appear in Visual Basic is:

```
Option Explicit
Public Sub Shift_Down( )
cmdLeftShift.Caption="LowerCase"
cmdRightShift.Caption="LowerCase"
cmdLeftShift.Tag="OFF"
cmdRightShift.Tag="OFF"
Caps_OFF
```

4

```
Command1(26).Caption="0"
Command1(27).Caption="1"
Command1(28).Caption="2"
Command1(29).Caption="3"
Command1(30).Caption="4"
Command1(31).Caption="5"
Command1(32).Caption="6"
Command1(33).Visible=False
Command1(44).Visible=True
Command1(34).Caption="8"
Command1(35).Caption="9"
Command1(36).Caption=","
Command1(37).Caption="."
Command1(38).Caption="/"
Command1(39).Caption=";"
Command1(40).Caption="'"
Command1(41).Caption="["
Command1(42).Caption="]"
Command1(43).Caption="\"
Command1(48).Caption="F1"
Command1(49).Caption="F2"
Command1(50).Caption="F3"
Command1(51).Caption="F4"
Command1(52).Caption="F5"
Command1(53).Caption="F6"
Command1(54).Caption="F7"
Command1(55).Caption="F8"
Command1(56).Caption="F9"
Command1(57).Caption="F10"
Command1(58).Caption="F11"
Command1(59).Caption="F12"
Command1(46).Caption="-"
Command1(47).Caption="="
Command1(45).Caption="'"
Command1(0).Caption="a"
Command1(1).Tag="b"
Command1(2).Tag="c"
Command1(3).Tag="d"
Command1(4).Tag="e"
Command1(5).Tag="f"
Command1(6).Tag="g"
Command1(7).Tag="h"
Command1(8).Tag="i"
Command1(9).Tag="j"
Command1(10).Tag="k"
Command1(11).Tag="l"
Command1(12).Tag="m"
Command1(13).Tag="n"
Command1(14).Tag="o"
Command1(15).Tag="p"
Command1(16).Tag="q"
Command1(17).Tag="r"
Command1(18).Tag="s"
Command1(19).Tag="t"
Command1(20).Tag="u"
Command1(21).Tag="v"
Command1(22).Tag="w"
Command1(23).Tag="x"
Command1(24).Tag="y"
Command1(25).Tag="z"
Command1(26).Tag="0"
Command1(27).Tag="1"
Command1(28).Tag="2"
Command1(29).Tag="3"
Command1(30).Tag="4"
Command1(31).Tag="5"
Command1(32).Tag="6"
```

US 6,784,873 B1

**5**

```
Command1(44).Tag="7"
Command1(34).Tag="8"
Command1(35).Tag="9"
Command1(36).Tag ","
Command1(37).Tag="."
Command1(38).Tag="/"
Command1(39).Tag=";"
Command1(40).Tag=""
Command1(41).Tag="["
Command1(42).Tag="]"
Command1(43).Tag="\"
Command1(48).Tag="{F1}"
Command1(49).Tag="{F2}"
Command1(50).Tag="{F3}"
Command1(51).Tag="{F4}"
Command1(52).Tag="{F5 }"
Command1(53).Tag="{F6}"
Command1(54).Tag="{F7}"
Command1(55).Tag="{F8}"
Command1(56).Tag="{F9}"
Command1(57).Tag="{F10}"
Command1(54).Tag="{F11}"
Command1(58).Tag="{F12}"
Command1(46).Tag="−"
Command1(47).Tag="="
Command1(45).Tag=""
cmdTab.Caption="Tab>
End Sub
Public Sub Shift_Up( )
cmdLeftShift.Caption="UpperCase"
cmdRightShift.Caption="UpperCase"
cmdLeftShift.Tag="ON"
cmdRightShift.Tag="ON"
Caps_On
Command1(26).Caption=")"
Command1(27).Caption="!"
Command1(28).Caption="@"
Command1(29).Caption="#"
Command1(30).Caption="$"
Command1(31).Caption="%"
Command1(32).Caption="^"
Command1(33).Visible=True
Command1(44).Visible=False
Command1(34).Caption="*"
Command1(35).Caption="("
Command1(36).Caption="<"
Command1(37).Caption=">"
Command1(38).Caption="?"
Command1(39).Caption=":"
Command1(40).Caption="""
Command1(41).Caption="{"
Command1(42).Caption="}"
Command1(43).Caption="|"
Command1(48).Caption="F13"
Command1(49).Caption="F14"
Command1(50).Caption="F15"
Command1(51).Caption="F16"
Command1(52).Caption="F17"
Command1(53).Caption="F18"
Command1(54).Caption="F19"
Command1(55).Caption="F20"
Command1(56).Caption="F21"
Command1(57).Caption="F22"
Command1(58).Caption="F23"
Command1(59).Caption="F24"
Command1(46).Caption="__"
Command1(47).Caption="+"
```

**6**

```
Command1(45).Caption="~"
Command1(0).Tag="+A"
Command1(1).Tag="B"
Command1(2).Tag="C"
Command1(3).Tag="D"
Command1(4).Tag="E"
Command1(5).Tag="F"
Command1(6).Tag="G"
Command1(7).Tag="H"
Command1(8).Tag="I"
Command1(9).Tag="J"
Command1(10).Tag="K"
Command1(11).Tag="L"
Command1(12).Tag="M"
Command1(13).Tag="N"
Command1(14).Tag="O"
Command1(15).Tag="P"
Command1(16).Tag="Q"
Command1(17).Tag="R"
Command1(18).Tag="S"
Command1(19).Tag="T"
Command1(20).Tag="U"
Command1(21).Tag="V"
Command1(22).Tag="W"
Command1(23).Tag="X"
Command1(24).Tag="Y"
Command1(25).Tag="Z"
Command1(26).Tag="{)}"
Command1(27).Tag="!"
Command1(28).Tag="@"
Command1(29).Tag="#"
Command1(30).Tag="$"
Command1(31).Tag="{%}"
Command1(32).Tag="{^}"
Command1(44).Tag="7"
Command1(34).Tag="*"
Command1(35).Tag="{(}"
Command1(36).Tag="<"
Command1(37).Tag=">"
Command1(38).Tag="!"
Command1(39).Tag=":"
Command1(40).Tag="""
Command1(41).Tag="{{}"
Command1(42).Tag="{}}"
Command1(43).Tag="|"
Command1(48).Tag="{F13}"
Command1(49).Tag="{F14}"
Command1(50).Tag="{F15}"
Command1(51).Tag="{F16}"
Command1(52).Tag="(F17)"
Command1(53).Tag="{F18}"
Command1(54).Tag="{F19}"
Command1(55).Tag="{F20}"
Command1(56).Tag="{F21}"
Command1(57).Tag="{F22}"
Command1(58).Tag="{F23}"
Command1(59).Tag="{F24}"
Command1(46).Tag="__"
Command1(47).Tag="{+}"
Command1(45).Tag="{~}"
cmdTab.Caption="Tab>
End Sub
Public Sub Caps_On( )
Command1(0).Caption="A"
Command1(1).Caption="B"
Command1(2).Caption="C"
Command1(3).Caption="D"
```

US 6,784,873 B1

<div style="display:flex">
<div>

**7**

```
Command1(4).Caption="E"
Command1(5).Caption="F"
Command1(6).Caption="G"
Command1(7).Caption="H"
Command1(8).Caption="I"
Command1(9).Caption="J"
Command1(10).Caption="K"
Command1(11).Caption="L"
Command1(12).Caption="M"
Command1(13).Caption="N"
Command1(14).Caption="O"
Command1(15).Caption="P"
Command1(16).Caption="Q"
Command1(17).Caption="R"
Command1(18).Caption="S"
Command1(19).Caption="T"
Command1(20).Caption="U"
Command1(21).Caption="V"
Command1(22).Caption="W"
Command1(23).Caption="X"
Command1(24).Caption="Y"
Command1(25).Caption="Z"
End Sub
Public Sub Caps__OFF( )
Command1(0).Caption="a"
Command1(1).Caption="b"
Command1(2).Caption="c"
Command1(3).Caption="d"
Command1(4).Caption="e"
Command1(5).Caption="f"
Command1(6).Caption="g"
Command1(7).Caption="h"
Command1(8).Caption="i"
Command1(9).Caption="j"
Command1(10).Caption="k"
Command1(11).Caption="l"
Command1(12).Caption="m"
Command1(13).Caption="n"
Command1(14).Caption="o"
Command1(15).Caption="p"
Command1(16).Caption="q"
Command1(17).Caption="r"
Command1(18).Caption="s"
Command1(19).Caption="t"
Command1(20).Caption="u"
Command1(21).Caption="v"
Command1(22).Caption="w"
Command1(23).Caption="x"
Command1(24).Caption="y"
Command1(25).Caption="z"
End Sub
Public Sub Set__Caps__Lock( )
  If cmdCapsLock.Tag="OFF" Then
  cmdCapsLock.Caption="Caps On"
  cmdCapsLock.Tag="ON"
  Caps__On
  Else
  cmdCapsLock.Caption="Caps Off"
  cmdCapsLock.Tag="OFF"
  Caps__OFF
  End If
  strKeys=""
  strKeys=strKeys & "{CAPSLOCK}"
  SendVKeys (strKeys)
End Sub
Public Sub Key__Layoutl( )
```

</div>
<div>

**8**

```
    Dim intTemp, intRightBorder As Integer
    Dim lngpcnt As Double
    Dim dblFontSize As Double
    Dim lngFormWidth As Long
    Dim intRow1Top, intRow2Top, intRow3Top,
  intRow4Top, intRow5Top, intRow6Top, intRow7Top As
  Integer
    Dim intFontSize, intHeight, intLetterWidth, intFunction-
  Width As Integer
    lngFormWidth=frmKeys.Width
    If frmKeys.BorderStyle>0 Then
      lngPcnt=lngFormWidth/7135
    Else
      lngPcnt=lngFormWidth/6975
    End If
    'lngPcnt=lngFormWidth/6975
    'pKB.Height=2790*lngPcnt
    'pKB.Height=(3390*lngPcnt)
    intHeight=330*lngPcnt
    intLetterWidth=350*lngPcnt
    intFunctionWidth=470*lngpcnt
    intTemp=intFunctionWidth/24
    intFunctionWidth=(intTemp+1)*24
    intFontSize=9*lngPcnt
    dblFontSize=8*lngPcnt
    intRow1Top=60*lngPcnt
    intRow2Top=540 lngpcnt
    intRow3Top=960*lngPcnt
    intRow4Top=1380*lngPcnt
    intRow5Top=1860*lngpcnt
    intRow6Top=2340*lngPcnt
    intRow7Top=2820*lngPcnt
    'Set the form height to porportion with form width
    If frmKeys.BorderStyle>0 Then
      frmKeys.Height=intRow6Top+intHeight+465
    Else
      frmKeys.Height=intRow6Top+intHeight+60
    End If
    'Row 1
    'Escape Key
    cmdEscape.Font.Size=dblFontSize
    cmdEscape.Top=intRow1Top
    cmdEscape.Left=60*lngpcnt
    cmdEscape.Width=670*lngPcnt
    cmdEscape.Height=intHeight
    'F1 Key
    Command1(48).Font.Size=intFontSize
    Command1(48).Top=intRow1Top
    Command1(48).Left=805*lngpcnt
    Command1(48).Width=intFunctionWidth
    Command1(48).Height=intHeight
    'F2 Key
    Command1(49).Font.Size=intFontSize
    Command1(49).Top=intRow1Top
    Command1(49).Left=Command1(48).Left+Command1
      (48).Width '1285*lngpcnt
    Command1(49).Width=intFunctionWidth
    Command1(49).Height=intHeight
    'F3 Key
```

</div>
</div>

US 6,784,873 B1

<div style="display:flex">
<div>

**9**

Command1(50).Font.Size=intFontSize

Command1(50).Top=intRow1Top

Command1(50).Left=Command1(49).Left+Command1
(49).Width '1765*lngPcnt

Command1(50).Width=intFunctionWidth

Command1(50).Height=intHeight

'F4 Key

Command1(51).Font.Size=intFontSize

Command1(51).Top=intRow1Top

Command1(51).Left=Command1(50).Left+Command1
(50).Width '2245*lngpcnt

Command1(51).Width=intFunctionWidth

Command1(51).Height=intHeight

'F5 Key

Command1(52).Font.Size=intFontSize

Command1(52).Top=intRow1Top

Command1(52).Left=2905*lngpcnt

Command1(52).Width=intFunctionWidth

Command1(52).Height=intHeight

'F6 Key

Command1(53).Font.Size=intFontSize

Command1(53).Top=intRow1Top

Command1(53).Left=Command1(52).Left+Command1
(52).Width '3385*lngPcnt

Command1(53).Width=intFunctionWidth

Command1(53).Height=intHeight

'F7 Key

Command1(54).Font.Size=intFontSize

Command1(54).Top=intRow1Top

Command1(54).Left=Command1(53).Left+
Command1(53).Width '3865*lngPcnt

Command1(54).Width=intFunctionWidth

Command1(54).Height=intHeight

'F8 Key

Command1(55).Font.Size=intFontSize

Command1(55).Top=intRow1Top

Command1(55).Left=Command1(54).Left+Command1
(54).Width '4345*lngPcnt

Command1(55).Width=intFunctionWidth

Command1(55).Height=intHeight

'F9 Key

Command1(56).Font.Size=intFontSize

Command1(56).Top=intRow1Top

Command1(56).Left=5005*lngPcnt

Command1(56).Width=intFunctionWidth

Command1(56).Height=intHeight

'F10 Key

Command1(57).Font.Size=dblFontSize

Command1(57).Top=intRow1Top

Command1(57).Left=Command1(56).Left+Command1
(56).Width '5485*lngPcnt

Command1(57).Width=intFunctionWidth

Command1(57).Height=intHeight

'F11 Key

Command1(58).Font.Size=dblFontSize

Command1(58).Top intRow1Top

Command1(58).Left=Command1(57).Left+Command1
(57).Width '5965*lngpcnt

</div>
<div>

**10**

Command1(58).Width=intFunctionWidth

Command1(58).Height=intHeight

'F12 Key

Command1(59).Font.Size=dblFontSize

Command1(59).Top=intRow1Top

Command1(59).Left=Command1(58).Left+Command1
(58).Width '6445*lngpcnt

Command1(59).Width=intFunctionWidth

Command1(59).Height=intHeight

intRightBorder=Command1(59).Left+Command1(59).
Width

'Row 2

"Key

Command1(45).Font.Size=intFontSize

Command1(45).Top=intRow2Top

Command1(45).Left=60*lngPcnt

Command1(45).Width=intLetterWidth

Command1(45).Height=intHeight

'1 Key

Command1(27).Font.Size=intFontSize

Command1(27).Top=intRow2Top  Command1(27).Left=
480*lngPcnt

Command1(27).Width=intLetterWidth

Command1(27).Height=intHeight

'2 Key

Command1(28).Font.Size=intFontSize

Command1(28).Top=intRow2Top

Command1(28).Left=900*lngPcnt

Command1(28).Width=intLetterWidth

Command1(28).Height=intHeight

'3 Key

Command1(29).Font.Size=intFontSize

Command1(29).Top=intRow2Top

Command1(29).Left=1320*lngPcnt

Command1(29).Width=intLetterWidth

Command1(29).Height=intHeight

'4 Key

Command1(30).Font.Size=intFontSize

Command1(30).Top=intRow2Top

Command1(30).Left=1740*lngpcnt

Command1(30).Width=intLetterWidth

Command1(30).Height=intHeight

'5 Key

Command1(31).Font.Size=intFontSize

Command1(31).Top=intRow2Top

Command1(31).Left=2160*lngPcnt

Command1(31).Width=intLetterWidth

Command1(31).Height=intHeight

'6 Key

Command1(32).Font.Size=intFontSize

Command1(32).Top=intRow2Top  Command1(32).Left=
2580*lngPcnt

Command1(32).Width=intLetterWidth

Command1(32).Height=intHeight

'& Key

Command1(33).Font.Size=intFontSize

Command1(33).Top=intRow2Top

</div>
</div>

US 6,784,873 B1

11 | 12

Command1(**33**).Left=3000*lngPcnt
Command1(**33**).Width=intLetterWidth
Command1(**33**).Height=intHeight
'7 Key
Command1(**44**).Font.Size=intFontSize
Command1(**44**).Top=intRow**2**Top
Command1(**44**).Left=3000*lngPcnt
Command1(**44**).Width=intLetterWidth
Command1(**44**).Height=intHeight
'8 Key
Command1(**34**).Font.Size=intFontSize
Command1(**34**).Top=intRow**2**Top
Command1(**34**).Left=3420*lngpcnt
Command1(**34**).Width=intLetterWidth
Command1(**34**).Height=intHeight
'9 Key
Command1(**35**).Font.Size=intFontSize
Command1(**35**).Top=intRow**2**Top
Command1(**35**).Left=3840*lngpcnt
Command1(**35**).Width=intLetterWidth
Command1(**35**).Height=intHeight
0 Key
Command1(**26**).Font.Size=intFontSize
Command1(**26**).Top=intRow**2**Top
Command1(**26**).Left=4260*lngpcnt
Command1(**26**).Width=intLetterWidth
Command1(**26**).Height=intHeight
'- Key
Command1(**46**).Font.Size=intFontSize
Command1(**46**).Top=intRow**2**Top
Command1(**46**).Left=4680*lngpcnt
Command1(**46**).Width=intLetterWidth
Command1(**46**).Height=intHeight
'= Key
Command1(**47**).Font.Size=intFontSize
Command1(**47**).Top=intRow**2**Top
Command1(**47**).Left=5100*lngpcnt
Command1(**47**).Width=intLetterWidth
Command1(**47**).Height=intHeight
'Backspace Key
cmdBackspace.Font.Size=dblFontSize
cmdBackspace.Top=intRow2Top
cmdBackspace.Left=5520*lngPcnt
cmdBackspace.Width=intRightBorder—
    cmdBackspace.Left
cmdBackspace.Height=intHeight
'Row 3
'TAB Key
cmdTabFont.Size=dblFontSize
cmdTabTop=intRow**3**Top
cmdTabLeft=60*lngpcnt
cmdTabWidth=650*lngpcnt
cmdTabHeight=intHeight
'Q Key
Command1(**16**).Font.Size=intFontSize
Command1(**16**).Top=intRow**3**Top
Command1(**16**).Left=780*lngpcnt

Command1(**16**).Width=intLetterWidth
Command1(**16**).Height=intHeight
'W Key
Command1(**22**).Font.Size=intFontSize
Command1(**22**).Top=intRow**3**Top
Command1(**22**).Left=1200*lngpcnt
Command1(**22**).Width=intLetterWidth
Command1(**22**).Height=intHeight
'E Key
Command1(**4**).Font.Size=intFontSize
Command1(**4**).Top=intRow**3**Top
Command1(**4**).Left=1620*lngpcnt
Command1(**4**).Width=intLetterWidth
Command1(**4**).Height=intHeight
'R Key
Command1(**17**).Font.Size=intFontSize
Command1(**17**).Top=intRow**3**Top
Command1(**17**).Left=2040*lngpcnt
Command1(**17**).Width=intLetterWidth
Command1(**17**).Height=intHeight
'T Key
Command1(**19**).Font.Size=intFontSize
Command1(**19**).Top=intRow**3**Top
Command1(**19**).Left=2460*lngPcnt
Command1(**19**).Width=intLetterWidth
Command1(**19**).Height=intHeight
'Y Key
Command1(**24**).Font.Size=intFontSize
Command1(**24**).Top=intRow**3**Top
Command1(**24**).Left=2880*lngpcnt
Command1(**24**).Width=intLetterWidth
Command1(**24**).Height=intHeight
'U Key
Command1(**20**).Font.Size=intFontSize
Command1(**20**).Top=intRow**3**Top
Command1(**20**).Left=3300*lngPcnt
Command1(**20**).Width=intLetterWidth
Command1(**20**).Height=intHeight
'I Key
Command1(**8**).Font.Size=intFontSize
Command1(**8**).Top=intRow**3**Top
Command1(**8**).Left=3720*lngpcnt
Command1(**8**).Width=intLetterWidth
Command1(**8**).Height=intHeight
'O Key
Command1(**14**).Font.Size=intFontSize
Command1(**14**).Top=intRow**3**Top
Command1(**14**).Left=4140*lngpcnt
Command1(**14**).Width=intLetterWidth
Command1(**14**).Height=intHeight
'P Key
Command1(**15**).Font.Size=intFontSize
Command1(**15**).Top=intRow**3**Top
Command1(**15**).Left=4560*lngPcnt
Command1(**15**).Width=intLetterWidth
Command1(**15**).Height=intHeight

US 6,784,873 B1

13

'[ Key
Command1(**41**).Font.Size=intFontSize
Command1(**41**).Top=intRow**3**Top
Command1(**41**).Left=4980*lngPcnt
Command1(**41**).Width=intLetterWidth
Command1(**41**).Height=intHeight
'] Key
Command1(**42**).Font.Size=intFontSize
Command1(**42**).Top=intRow**3**Top
Command1(**42**).Left=5400*lngPcnt
Command1(**42**).Width=intLetterWidth
Command1(**42**).Height=intHeight
'\ Key
Command1(**43**).Font.Size=intFontSize
Command1(**43**).Top=intRow**3**Top
Command1(**43**).Left=5820*lngPcnt
Command1(**43**).Width=intLetterWidth
Command1(**43**).Height=intHeight
'Delete
cmdDelete.Font.Size=dblFontSize
cmdDelete.Top=intRow**3**Top
cmdDelete.Left=6240*lngpcnt
cmdDelete.Width=intRightBorder—cmdDelete.Left
cmdDelete.Height=intHeight
'Row **4**
'Caps Lock Key
cmdCapsLock.Font.Size=dblFontSize
cmdCapsLock.Top=intRow4Top
cmdCapsLock.Left=60*lngPcnt
cmdCapsLock.Width=1070*lngPcnt
cmdCapsLock.Height=intHeight
'A Key
Command1(**0**).Font.Size=intFontSize
Command1(**0**).Top=intRow**4**Top
Command1(**0**).Left=1200*lngPcnt
Command1(**0**).Width=intLetterWidth
Command1(**0**).Height=intHeight
'S Key
Command1(**18**).Font.Size=intFontSize
Command1(**18**).Top=intRow**4**Top
Command1(**18**).Left=1620*lngpcnt
Command1(**18**).Width=intLetterWidth
Command1(**18**).Height=intHeight
'D Key
Command1(**3**).Font.Size=intFontSize
Command1(**3**).Top=intRow**4**Top
Command1(**3**).Left=2040*lngpcnt
Command1(**3**).Width=intLetterWidth
Command1(**3**).Height=intHeight
'F Key
Command1(**5**).Font.Size=intFontSize
Command1(**5**).Top=intRow**4**Top
Command1(**5**).Left=2460*lngPcnt
Command1(**5**).Width=intLetterWidth
Command1(**5**).Height=intHeight
'G Key

14

Command1(**6**).Font.Size=intFontSize
Command1(**6**).Top=intRow4Top
Command1(**6**).Left=2880*lngpcnt
Command1(**6**).Width=intLetterWidth
Command1(**6**).Height=intHeight
'H Key
Command1(**7**).Font.Size=intFontSize
Command1(**7**).Top=intRow4Top
Command1(**7**).Left=3300*lngpcnt
Command1(**7**).Width=intLetterWidth
Command1(**7**).Height=intHeight
'J Key
Command1(**9**).Font.Size=intFontSize
Command1(**9**).Top=intRow4Top
Command1(**9**).Left=3720*lngPcnt
Command1(**9**).Width=intLetterWidth
Command1(**9**).Height=intHeight
'K Key
Command1(**10**).Font.Size=intFontSize
Command1(**10**).Top=intRow4Top
Command1(**10**).Left=4140*lngPcnt
Command1(**10**).Width=intLetterWidth
Command1(**10**).Height=intHeight
'L Key
Command1(**11**).Font.Size=intFontSize
Command1(**11**).Top=intRow4Top
Command1(**11**).Left=4560*lngPcnt
Command1(**11**).Width=intLetterWidth
Command1(**11**).Height=intHeight
'; Key
Command1(**39**).Font.Size=intFontSize
Command1(**39**).Top=intRow4Top
Command1(**39**).Left=4980*lngpcnt
Command1(**39**).Width=intLetterWidth
Command1(**39**).Height=intHeight
'"Key
Command1(**40**).Font.Size=intFontSize
Command1(**40**).Top=intRow4Top
Command1(**40**).Left=5400*lngPcnt
Command1(**40**).Width=intLetterWidth
Command1(**40**).Height=intHeight
'Enter
cmdEnter.Font.Size dblFontSize
cmdEnter.Top=intRow4Top
cmdEnter.Left=5820*lngpcnt
cmdEnter.Width=intRightBorder—cmdEnter.Left
cmdEnter.Height=intHeight
'Row **5**
'Left Shift Key cmdLeftShift.Font.Size=dblFontSize
  cmdLeftShift.Top=intRow5Top cmdLeftShift.Left=
  60*lngPcnt cmdLeftShift.Width=1293*lngPcnt
  cmdLeftShift.Height=intHeight
'Z Key
Command1(**25**).Font.Size=intFontSize
Command1(**25**).Top=intRow5Top
Command1(**25**).Left=1423*lngPcnt
Command1(**25**).Width=intLetterWidth

US 6,784,873 B1

**15**

```
Command1(25).Height=intHeight
'X Key
Command1(23).Font.Size=intFontSize
Command1(23).Top=intRow5Top
Command1(23).Left=1843*lngPcnt
Command1(23).Width=intLetterWidth
Command1(23).Height=intHeight
'C Key
Command1(2).Font.Size=intFontSize
Command1(2).Top=intRow5Top
Command1(2).Left=2263*lngPcnt
Command1(2).Width=intLetterWidth
Command1(2).Height=intHeight
'V Key
Command1(21).Font.Size=intFontSize
Command1(21).Top=intRow5Top
Command1(21).Left=2683*lngPcnt
Command1(21).Width=intLetterWidth
Command1(21).Height=intHeight
'B Key
Command1(1).Font.Size=intFontSize
Command1(1).Top=intRow5Top
Command1(1).Left=3103*lngPcnt
Command1(1).Width=intLetterWidth
Command1(1).Height=intHeight
'N Key
Command1(13).Font.Size=intFontSize
Command1(13).Top=intRow5Top
Command1(13).Left=3523*lngPcnt
Command1(13).Width=intLetterWidth
Command1(13).Height=intHeight
'M Key
Command1(12).Font.Size=intFontSize
Command1(12).Top=intRow5Top
Command1(12).Left=3943*lngPcnt
Command1(12).Width=intLetterWidth
Command1(12).Height=intHeight
', Key
Command1(36).Font.Size=intFontSize
Command1(36).Top=intRow5Top
Command1(36).Left=4363*lngPcnt
Command1(36).Width=intLetterWidth
Command1(36).Height=intHeight
'. Key
Command1(37).Font.Size=intFontSize
Command1(37).Top=intRow5Top
Command1(37).Left=4783*lngPcnt
Command1(37).Width=intLetterWidth
Command1(37).Height=intHeight
'/ Key
Command1(38).Font.Size=intFontSize
Command1(38).Top=intRow5Top
Command1(38).Left=5203*lngPcnt
Command1(38).Width=intLetterWidth
Command1(38).Height=intHeight
'Right Shift Key
```

**16**

```
cmdRightShift.Font.Size=dblFontSize
cmdRightShift.Top=intRow5Top
cmdRightShift.Left=5623*lngpcnt
cmdRightShift.Width=intRightBorder—
    cmdRightShift.Left
cmdRightShift.Height=intHeight
'Row 6
'Left Ctrl Key
cmdCntrl.Font.Size=dblFontSize
cmdCntrl.Top=intRow6Top
cmdCntrl.Left=60*lngpcnt
cmdCntrl.Width=795*lngpcnt
cmdCntrl.Height=intHeight
'Left Alt Key
cmdAlt.Font.Size=dblFontSize
cmdAlt.Top=intRow6Top
cmdAlt.Left=925*lngPcnt
cmdAlt.Width=735*lngPcnt
cmdAlt.Height=intHeight
'Move Left Key
cmdMoveLeft.Font.Size=intFontSize
cmdMoveLeft.Top=intRow6Top
cmdMoveLeft.Left=1730*lngPcnt
cmdMoveLeft.Width=465*lngpcnt
cmdMoveLeft.Height=intHeight
'Space Bar Key
cmdSpaceBar.Font.Size=intFontSize
cmdSpaceBar.Top=intRow6Top
cmdSpaceBar.Left=2265*lngPcnt
cmdSpaceBar.Width=2445*lngPcnt
cmdSpaceBar.Height=intHeight
'Move Right Key
cmdMoveRight.Font.Size=intFontSize
cmdMoveRight.Top=intRow6Top
cmdMoveRight.Left=4780*lngpcnt
cmdMoveRight.Width=465*lngpcnt
cmdMoveRight.Height=intHeight
'Right Alt Key
cmdAlt2.Font.Size=dblFontSize
cmdAlt2.Top=intRow6Top
cmdAlt2.Left=5315*lngpcnt
cmdAlt2.Width=735*lngpcnt
cmdAlt2.Height=intHeight
'Right Ctrl Key
cmdCntrl2.Font.Size=dblFontSize
cmdCntrl2.Top=intRow6Top
cmdCntrl2.Left=6120*lngPcnt
cmdCntrl2.Width intRightBorder—cmdCntrl2.Left
cmdCntrl2.Height=intHeight
'Exit Keyboard
cmdExitKeyboard.Font.Size=dblFontSize
cmdExitKeyboard.Top=intRow7Top
cmdExitKeyboard.Left=60*lngPcnt
cmdExitKeyboard.Width=6915*lngpcnt
cmdExitKeyboard.Height=intHeight
```

US 6,784,873 B1

**17**

```
End Sub
Private Sub cmdAlt__Click( )
   If cmdAlt.Tag="OFF" Then
   cmdAlt.Tag="ON"
   cmdAlt.Caption="Alt On"
   cmdAlt2.Tag="ON"
   cmdAlt2.Caption="Alt On"
   Else
   cmdAlt.Tag="OFF"
   cmdAlt.Caption="Alt Off"
   cmdAlt2.Tag="OFF"
   cmdAlt2.Caption="Alt Off"
   End If
End Sub
Private Sub cmdAlt2__Click( )
   cmdAlt__Click
End Sub
Private Sub cmdBackspace__Click( )
   strKeys="{BKSP}"
   SendVKeys (strKeys)
End Sub
Private Sub cmdCntrl__Click( )
   If cmdCntrl.Tag="OFF" Then
   cmdCntrl.Tag="ON"
   cmdCntrl.Caption="Ctrl On"
   cmdCntrl2.Tag="ON"
   cmdCntrl2.Caption="Ctrl On"
   Else
   cmdCntrl.Tag="OFF"
   cmdCntrl.Caption="Ctrl Off"
   cmdCntrl2.Tag="OFF"
   cmdCntrl2.Caption="Ctrl Off"
   End If
End Sub
Private Sub cmdCntrl2__Click( )
   cmdCntrl__Click
End Sub
Private Sub cmdDelete__Click( )
   strKeys=" "
   strKeys=strKeys & "{DEL}"
   SendVKeys (strKeys)
End Sub
Private Sub cmdEnter__Click( )
   strKeys=""
   strKeys=strKeys & "{ENTER}"
   SendVKeys (strKeys)
End Sub
Private Sub cmdEscape__Click( )
   strKeys="{ESC}"
   SendVKeys (strKeys)
End Sub
Private Sub cmdExitKeyboard__Click( )
   End
End Sub
Private Sub cmdLeftShift__Click( )
   If cmdLeftShift.Tag="OFF" Then
   If cmdCapsLock.Tag="OFF" Then
      Shift__Up
   Else
      Set__Caps__Lock
      Shift__Up
   End If
   Else
```

**18**

```
      Shift__Down
   End If
End Sub
Private Sub cmdMoveLeft__Click( )
   strKeys=" "
   strKeys=strKeys & "{LEFT}"
   SendVKeys (strKeys)
End Sub
Private Sub cmdMoveRight__Click( )
   strKeys=""
   strKeys=strKeys & "{RIGHT}"
   SendVKeys (strKeys)
End Sub
Private Sub cmdRightShift__Click( )
   cmdLeftShift__Click
End Sub
Private Sub cmdSpaceBar__Click( )
   strKeys=""
   strKeys=strKeys & " "
   SendVKeys (strKeys)
End Sub
Private Sub cmdTab__Click( )
   strKeys=""
   If cmdLeftShift.Tag="ON" Then
   strKeys=strKeys & "+"
   End If
   strKeys=strKeys & "{TAB}"
   SendVKeys (strKeys)
End Sub
Private Sub Form__Activate( )
   Dim dl&
   '  KeyboardWindow=GetForegroundWindow  dl&=
SetWindowPos(hwnd, −1, 4905, 7965, 6975, 2475, &H1 Or
&H2)
End Sub
Private Sub Form__GotFocuso
   If Me.WindowState <>0 Then
      Me.WindowState=0
      ' Me.Width=7000
   End If
End Sub
Private Sub Form__Resize( )
   If Me.WindowState <>0 Then
      Me.WindowState=0
      Me.Width=7000
   End If
   Key__Layout1
End Sub
Private Sub cmdCapsLock__Click( )
   ' Caps Lock Key
   If cmdCapsLock.Tag="OFF" Then
      cmdCapsLock.Caption="Caps On"
      cmdCapsLock.Tag="ON"
      Caps__On
   Else
      cmdCapsLock.Caption="Caps Off"
   cmdCapsLock.Tag="OFF"
      Caps__OFF
   End If
   strkeys=""
   strkeys=strkeys & "{CAPSLOCKII"
   SendVKeys (strkeys)
End Sub
Private Sub Command1__Click(Index As Integer)
   strKeys=""
   If cmdCapsLock.Tag="ON" Then
   strKeys=strKeys & "{CAPSLOCK}"
```

US 6,784,873 B1

**19**

```
End If
If cmdLeftShift.Tag="ON" Then
strKeys=strKeys & "+"
End If
If cmdAlt.Tag="ON" Then
strKeys=strKeys & "%"
End If
If cmdCntrl.Tag="ON" Then
strKeys=strKeys & "^"
End If
strKeys=strKeys & Command1(Index).Tag
SendVKeys (strKeys)
End Sub
Private Sub Form_Load( )
Dim hSysMenu As Long
Dim nCnt As Long
' First, show the form
Me.Show
' Get handle to our form's system menu
' (Restore, Maximize, Move, close etc.)
SysMenu=GetSystemMenu(Me.hwnd, False)
If hSysMenu Then
'=0 Get System menu's menu count
nCnt=GetMenuItemCount(hSysMenu)
If nCnt Then
'Menu count is based on 0 (0, 1, 2, 3 . . . )
RemoveMenu hSysMenu, nCnt−1, _
MF_BYPOSITION Or MF_REMOVE
RemoveMenu hSysMenu, nCnt−2, _
MF_BYPOSITION Or MF_REMOVE ' Remove the sep-
erator
DrawMenuBar Me.hwnd
' Force caption bar's refresh. Disabling X button
Me.Caption="GeniSus Keyboard"
End If
End If
    Shift_Down
    Hook
#If CurrentProcOnly=1 Then
    Form1.Show
#End If
DeactivateClose
End Sub
Private Sub Form_Unload(Cancel As Integer)
    UnHook
End Sub
Public Sub DeactivateClose( )
    End Sub
    An example of an accompanying dynamic link library, .dll
application, through which external applications may access
the keyboard application is:
// vKeyHook.cpp : Defines the entry point for the DLL
application.
//
#include <windows.h>
#include <winuser.h>
#pragma data_seg(".SHARDATA")
    static int hWndActive=0;
    static int hWndSelf=0;
    static HHOOK hHook=0;
#pragma data_seg( )
BOOL APIENTRY DllMain( HANDLE hModule,
        DWORD ul_reason_for_call,
        LPVOID lpReserved
        )
{
    switch (ul_reason_for_call)
```

**20**

```
}
    case DLL_PROCESS_ATTACH:
    case DLL_THREAD_ATTACH:
    case DLL_THREAD_DETACH:
    case DLL_PROCESS_DETACH: break;
}
return TRUE;
}
long CALLBACK CBTProc(
int nCode, // hook code
WPARAM wparam, // current-process flag
LPARAM lParam // message data
)
{
    if (nCode==HCBT_ACTIVATE &&
        (int)wParam !=hWndSelf){
    hWndActive=(int)wParam;
    }
    return CallNextHookEx(hHook, nCode, wParam,
lparam);
}
void_stdcall HookMsg(int hwnd)
{
    HINSTANCE hModule;
    hModule=GetModuleHandle("vKeyHook.dll");
    hHook=SetWindowsHookEx(WH_CBT, CBTProc,
hModule, 0);
    hWndSelf=hwnd;
}
void_stdcall UnHookMsg( )
{
    UnhookWindowsHookEx(hHook);
}
int_stdcall GetActiveWnd( )
{
    return hWndActive;
```

These codes are preferably executed in conjunction with
a Windows 98® operating system. These codes may be
executed in any type of system, including, but not limited to,
a web based system, a computer network, or any personal
computer, personal digital assistant or other device.

As can clearly be seen in FIGS. **1** and **2**, there are no
minimizing, maximizing, or close options available for the
user. Therefore, a user can input data by selecting keys **22** on
the keyboard **20** as necessary.

A general description of the present invention as well as
a preferred embodiment of the present invention has been set
forth above. Those skilled in the art to which the present
invention pertains will recognize and be able to practice
additional variations in the methods and systems described
which fall within the teachings of this invention.
Accordingly, all such modifications and additions are
deemed to be within the scope of the invention which is to
be limited only by the claims appended hereto.

What is claimed is:

**1**. A method of entering data on a touch screen display, the
method comprising:

invoking a computer program in which user input is
sought;

invoking an input area, including a plurality of data input
fields;

invoking a graphical keyboard area incapable of user
termination independent of termination of the input
area, the graphical keyboard area having a plurality of
keys on the display;

selecting keys on the keyboard to provide the desired
input; and

automatically terminating the graphical keyboard area after the desired input is received in the input area.

**2**. The method of entering data on a touch screen display of claim **1** wherein the input area is created by an executable code.

**3**. The method of entering data on a touch screen display of claim **2** wherein the executable code is compiled visual basic code.

**4**. The method of entering data on a touch screen display of claim **1** wherein the computer program invokes the input area.

**5**. The method of entering data on a touch screen display of claim **4** wherein the computer program accesses a dynamic link library file in order to invoke the input area.

**6**. The method of entering data on a touch screen display of claim **5** wherein the dynamic link library file is a C++ program.

**7**. The method of entering data on a touch screen display of claim **1** wherein the computer program is executing on a personal computer.

**8**. The method of entering data on a touch screen display of claim **1** wherein the computer program is executing on a pen-based computer.

**9**. The method of entering data on a touch screen display of claim **1** wherein the computer program is executing on a computer with a touch-screen display.

**10**. A method of providing a user interface for receiving information from a user using a user immutable graphical keyboard linked to an input area, comprising:

invoking the input area;

determining that input from the user using the graphical keyboard is needed within the input area;

invoking the graphical keyboard on a touch screen display to receive input from a user, the graphical keyboard placed in a set position;

persistently maintaining the graphical keyboard on the touch screen display such that the user cannot move, resize, remove, or close the graphical keyboard through the user interface while the input area remains and requires input;

receiving input within the input area from the user through the graphical keyboard;

determining that further input from the user is no longer needed in the input area; and

removing the graphical keyboard.

\*   \*   \*   \*   \*

# Exhibit B



Home » Retail

search [go]

## Company Links

Why Garmin?

Facilities

Chicago Store

Investor Relations

Employment

Environment

Sponsorship

Chicago Store Feed

There's a Plane in the Store!
Had you walked by the Garmin Store on Chicago's famed Michigan Avenue yesterday you probably would have done a…

Forerunner 405: Perfect for Mother's Day - or Win One for Yourself
With its release at the Boston Marathon and arrival at running stores, the Forerunner 405 has raced to the…





Garmin Chicago Store, Michigan Avenue

### Experience Garmin Navigation

Step into our retail store on Michigan Avenue in Chicago and let us show you how our innovative GPS products are changing people's lives. At the Garmin store, you can experience and use all of our most popular GPS navigation devices in a spectacular setting — it's the only place you can view the entire Garmin product line under one roof.

### What you'll find

You'll find hands-on product demonstrations, interactive kiosks and in-depth product training and seminars, coupled with exceptional customer service and the latest GPS technology and devices on the market. It's a high-tech, interactive and unique shopping experience. Welcome to the Garmin store.

| Address: | Store Hours: | Coordinates: |
|---|---|---|
| 663 N. Michigan Avenue | Mon – Sat \| 10am – 7pm | N41° 53.655 \| W87° 37.450 |
| Chicago, IL | Sun \| 11am – 5pm | |
| (312) 787.3221 | | |

### Garmin | Chicago Store Calendar

Today ◄ ► June 2008 ▼       🖶 Print   Week   Month   Agenda ▼

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7<br>8am Garmin<br>11am Forer╻ |
| 8 | 9 | 10 | 11 | 12 | 13 | 14<br>8am Garmin<br>11am Forer╻ |
| 15 | 16 | 17 | 18 | 19 | 20 | 21<br>8am Garmin<br>11am Forer╻ |
| 22 | 23 | 24 | 25 | 26 | 27 | 28<br>8am Garmin<br>11am Forer╻ |
| 29 | 30 | 1 | 2 | 3 | 4 | 5<br>8am Garmin<br>11am Forer╻ |

Events shown in time zone: Central Time

Google Calendar

Not only does the Garmin Chicago store feature a complete range of units and accessories, but you can place your order by phone too.

Order by phone: 312.787.3221

Delivery Times
7 - 10 days: $6
3 - 4 days: $15
2 - 3 days: $25

Cartography is the art and science of making maps. This mapping detail supplements your unit's existing map data and improves navigation.

We are constantly updating and improving our map data. All maps carried at the Garmin Chicago Store are in stock and ready for immediate shipping.

## On The Road

- City Navigator Australia NT
- City Navigator Brazil NT
- City Navigator Europe NT – Full Version
- City Navigator Europe NT – Italy & Greece
- City Navigator Europe NT – Alps
- City Navigator Europe NT – Northwest Eastern Europe
- City Navigator Europe NT – DACH & Czech
- City Navigator Europe NT – UK & Ireland
- City Navigator Europe NT – Spain & Portugal
- City Navigator Europe NT – Nordics
- City Navigator Europe NT – BeNeLux & France
- City Navigator Mexico NT
- City Navigator Middle East NT
- City Navigator North America NT – Full Version
- City Navigator North America NT – Canada
- City Navigator North America NT – Hawaii
- City Navigator New Zealand
- City Navigator Singapore/Malaysia NT
- City Navigator Thailand NT

## On The Water

**BlueChart microSD cards:**
- Lake of the Woods / Rainy Lake
- Lake Superior
- Lake Michigan
- Lake Huron / Lake St. Clair
- Lake Erie / Lake St. Clair
- Lake Ontario to Montreal
- St. Lawrence Seaway
- Southeast Florida
- Chesapeake
- Cape Cod through New Jersey

**U.S. Inland Lakes microSD cards:**
- West
- North Central
- Northeast
- South Central
- Southeast

## On The Trail

- All 11 TOPO U.S. 2008 microSD cards
- All 13 TOPO Canada microSD cards

With the purchase of any GPS device at The Garmin Chicago Store, you are eligible for a free one-on-one tutorial with a Garmin Product Expert. In GPS Academy, there's a friendly, relaxed instructional setting where you can get it all – from GPS Basics to Geocaching! This personalized service can be arranged in advance to fit the busiest of schedules. Garmin Chicago GPS Academy gets an A+!

Copyright © 1996 – 2008 Garmin Ltd. or its subsidiaries | Privacy Statement | Terms of Use | Site Map

# Exhibit C



# Exhibit D



**WAL★MART®**

ALWAYS LOW PRICES.

*Always*

```
          WAL*MART
       WE SELL FOR LESS
    MANAGER JASON WEISENBERGER
        ( 815 ) 455 - 4200
ST# 1413 OP# 00005673 TE# 68 TR# 07679
PRODUCT SERIAL # 17T355153
NUVI 260      075375907477     268.88 X
MAESTRO 3220 076335711793     218.88 X
ONE   3RD ED 063692601742     148.88 X
                 SUBTOTAL      636.64
        TAX 1   7.000 %         44.56
                    TOTAL      681.20
               VISA  TEND      681.20

ACCOUNT #9207
APPROVAL #05712D
TRANS ID -0168147621233141
VALIDATION -RCRS
PAYMENT SERVICE - E
               CHANGE DUE        0.00
```

## # ITEMS SOLD 3

TC# 4126 0328 4524 7035 9055 8



Economic stimulus checks cashed free.
Keep all of your money. We can help.
05/26/08    12:15:34

\*\*\*CUSTOMER COPY\*\*\*

Exhibit E



# Exhibit F

