### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number:  08CV3248                    Assigned/Issued  By:  J. N.

Judge Name:                               Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**    ☐ $350.00       ☐ $39.00       ☐ $5.00

☐ IFP          ☐ No Fee        ☐ Other _____

☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets      *(Victim, Against and $ Amount)*

☐ Writ _____             ☐ Other
   *(Type of Writ)*                   _____
                                      *(Type of issuance)*

2 ___ Original and 0 _____ copies on 7-28-08 _____ as to MAGELLAN NAVIGATION,
                                       *(Date)*

INC. ; TOMTOM, INC. _____

_____