*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3248                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

## ISSUANCES

☐ Summons                                 ☑ Alias Summons
☐ Third Party Summons                     ☐ Lis Pendens
☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons      _____
                                          _____
☐ Citation to Discover Assets             *(Victim, Against and $ Amount)*
☐ Writ _____               ☐ Other
    *(Type of Writ)*                      _____
                                          _____
                                          *(Type of issuance)*

<u>2</u> Original and <u>0</u> copies on <u>7-28-08</u> as to <u>GARMIN INTERNATIONAL,</u>
                                    *(Date)*
<u>INC.; GARMIN LIMITED_____</u>

_____