## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                        Case Number: 08-cv-3248

SP Technologies, Inc.
                        v.
Garmin Limited, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Magellan Navigation, Inc.

| | |
|---|---|
| **NAME (Type or print)**<br>Kevin J. O'Shea | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Kevin J. O'Shea | |
| **FIRM**<br>Greenberg Traurig, LLP | |
| **STREET ADDRESS**<br>77 West Wacker Drive | |
| **CITY/STATE/ZIP**<br>Chicago, IL  60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6270380 | **TELEPHONE NUMBER**<br>(312) 456-1025 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐