# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3248 | **DATE** | 8/18/2008 |
| **CASE TITLE** | SP Technologies, LLC vs. Garmin Limited et al | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [21] granted as to Brian A. Carpenter to appear on behalf of Magellan Navigation, Inc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|