# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

SP Technologies, LLC v. Garmin Limited, Garmin International, Inc., TomTom, Inc., and Magellan Navigation, Inc.

Case Number: 08 C 3248

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Garmin International, Inc.

| | |
|---|---|
| NAME (Type or print) Uma Chandrasekaran | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Uma Chandrasekaran | |
| FIRM Pugh, Jones, Johnson & Quandt, P.C. | |
| STREET ADDRESS 180 North LaSalle Street, Suite 3400 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281690 | TELEPHONE NUMBER 312-768-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |