IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC, <br><br>　　　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>GARMIN LIMITED, GARMIN, INTERNATIONAL, INC., TOMTOM, INC., and MAGELLAN NAVIGATION, INC., <br><br>　　　　　　　　　　Defendants. | Civil Action No. 08 CV 3248 <br><br>Honorable Judge Rebecca R. Pallmeyer <br><br>Magistrate Judge Maria Valdez <br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

To:    See Attached Certificate of Service

On Wednesday, August 27, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119, or before any other judge who may be sitting in her place, at the United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then an there present the attached **Garmin International, Inc.'s Motion for Partial Dismissal of Plaintiff's Amended Complaint.**

Dated: August 19, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**GARMIN INTERNATIONAL, INC.**

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/Uma Chandrasekaran
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys


| | |
|---|---|
| Walter Jones, Jr. (ARDC No. 1365665) | B. Trent Webb (*pro hac vice to be submitted*) |
| Mark Andrews (ARDC No. 6242430) | Eric A. Buresh (*pro hac vice to be submitted*) |
| Uma Chandrasekaran (ARDC No. 6281690) | Adam P. Seitz (*pro hac vice to be submitted*) |
| Pugh, Jones, Johnson & Quandt, P.C. | SHOOK HARDY & BACON, LLP |
| 180 North LaSalle Street, Suite 3400 | 2555 Grand Boulevard |
| Chicago, Illinois 60601 | Kansas City, Missouri 64108 |
| Telephone: 312.768.7800 | Telephone: 816.474.6550 |
| Facsimile: 312.768.7801 | Facsimile: 816.421.5547 |

**CERTIFICATE OF SERVICE**

  I, Uma Chandrasekaran, an attorney, certify that I shall cause to be served a copy of **Garmin International, Inc.'s Notice of Motion for Partial Dismissal of Plaintiff's Amended Complaint** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing System ("CMECF"), as indicated below, on August 19, 2008.

| | | |
|---|---|---|
| ☒ | CM/ECF | *Attorneys for Plaintiff SP Technologies, LLC* |
| ☐ | Facsimile/___ Pages | Raymond P. Niro |
| ☐ | Federal Express | Sally Wiggins |
| ☐ | U.S. Mail | NIRO, SCAVONE, HALLER & NIRO |
| ☐ | Messenger | 181 West Madison Street, Suite 4600 |
| | | Chicago, Illinois 60602 |
| | | Telephone: (312) 236-0733 |
| | | Facsimile: (312) 236-3137 |
| ☒ | CM/ECF | *Attorneys for Magellan Navigation, Inc.* |
| ☐ | Facsimile/___ Pages | Daniel T. McCloskey |
| ☐ | Federal Express | Earl Patrick Ellisen |
| ☐ | U.S. Mail | GREENBERG TRAURIG, LLP |
| ☐ | Messenger | 1900 University Avenue |
| | | 5th Floor |
| | | East Palo Alto, CA 94303 |
| | | (650) 328-8500 |
| | | |
| | | Herbert H. Finn |
| | | Kevin John O'Shea |
| | | GREENBERG TRAURIG, LLP |
| | | 77 West Wacker Drive |
| | | Suite 2500 |
| | | Chicago, IL 60601 |
| | | (312) 456-8400 |

       /s/ Uma Chandrasekaran