IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GARMIN LIMITED, GARMIN, INTERNATIONAL, INC., TOMTOM, INC., and MAGELLAN NAVIGATION, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 08 CV 3248<br><br>Honorable Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez<br><br>**JURY TRIAL DEMANDED** |

**GARMIN INTERNATIONAL, INC.'S LR 3.2 NOTIFICATION
OF AFFILIATES- DISCLOSURE STATEMENT**

　　　　Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant Garmin International, Inc. states that it is a wholly owned subsidiary of the publicly held Garmin Ltd., which is a corporation of the Cayman Islands, and which has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated: August 19, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**GARMIN INTERNATIONAL, INC.**

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/Uma Chandrasekaran
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

| | |
|---|---|
| Walter Jones, Jr. (ARDC No. 1365665)<br>Mark Andrews (ARDC No. 6242430)<br>Uma Chandrasekaran (ARDC No. 6281690)<br>Pugh, Jones, Johnson & Quandt, P.C.<br>180 North LaSalle Street, Suite 3400<br>Chicago, Illinois 60601<br>Telephone: 312.768.7800<br>Facsimile: 312.768.7801 | B. Trent Webb (*pro hac vice to be submitted*)<br>Eric A. Buresh (*pro hac vice to be submitted*)<br>Adam P. Seitz (*pro hac vice to be submitted*)<br>SHOOK HARDY & BACON, LLP<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816.474.6550<br>Facsimile: 816.421.5547 |

## CERTIFICATE OF SERVICE

      I, Uma Chandrasekaran, an attorney, certify that I shall cause to be served a copy of **Garmin International, Inc.'s LR 3.2 Notification of Affiliates-Disclosure Statement** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing System ("CMECF"), as indicated below, on August 19, 2008.

| | | |
|---|---|---|
| ☒ | CM/ECF | *Attorneys for Plaintiff SP Technologies, LLC* |
| ☐ | Facsimile/___ Pages | Raymond P. Niro |
| ☐ | Federal Express | Sally Wiggins |
| ☐ | U.S. Mail | NIRO, SCAVONE, HALLER & NIRO |
| ☐ | Messenger | 181 West Madison Street, Suite 4600 |
| | | Chicago, Illinois 60602 |
| | | Telephone: (312) 236-0733 |
| | | Facsimile: (312) 236-3137 |
| | | |
| ☒ | CM/ECF | *Attorneys for Magellan Navigation, Inc.* |
| ☐ | Facsimile/___ Pages | Daniel T. McCloskey |
| ☐ | Federal Express | Earl Patrick Ellisen |
| ☐ | U.S. Mail | GREENBERG TRAURIG, LLP |
| ☐ | Messenger | 1900 University Avenue |
| | | 5th Floor |
| | | East Palo Alto, CA 94303 |
| | | (650) 328-8500 |
| | | |
| | | Herbert H. Finn |
| | | Kevin John O'Shea |
| | | GREENBERG TRAURIG, LLP |
| | | 77 West Wacker Drive |
| | | Suite 2500 |
| | | Chicago, IL 60601 |
| | | (312) 456-8400 |

      /s/Uma Chandrasekaran  
      Uma Chandrasekaran