# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 08-3248 |
| -v- | Judge Pallmeyer |
| | Magistrate Judge Valdez |
| GARMIN LIMITED, GARMIN INTERNATIONAL, INC., TOMTOM, INC., and MAGELLAN NAVIGATION, INC. | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTIFICATION OF AFFILIATES

Pursuant to Northern District of Illinois Local Rule 3.2, TomTom, Inc. hereby identifies TomTom N.V. as a corporate affiliate.

Dated:  August 20, 2008

Respectfully submitted,

/s/Peter V. Baugher (baugher@sw.com)
One of the Attorneys for Defendant
TomTom, Inc.

Peter V. Baugher
Todd H. Flaming
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: (312) 701-9300
Facsimile: (312) 701-9335

James H. Wallace, Jr. (*pro hac vice* forthcoming)
Kevin P. Anderson (*pro hac vice* forthcoming)
Robert J. Scheffel
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone:  (202) 719-7000
Facsimile: (202) 719-7049

184220_1.DOC

2

**CERTIFICATE OF SERVICE**

      I, Peter V. Baugher, an attorney, hereby certify that a true and correct copy of the foregoing **Notification of Affiliates** was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 20th day of August, 2008.

                                  /s/Peter V. Baugher