IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SP TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 08-3248 |
| -v- | Judge Pallmeyer<br>Magistrate Judge Valdez |
| GARMIN LIMITED, GARMIN INTERNATIONAL, INC., TOMTOM, INC., and MAGELLAN NAVIGATION, INC. | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF FILING

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on August 20, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing **Defendant TomTom's Answer and Counterclaims to Plaintiff's Amended Complaint for Patent Infringement**, a copy of which is attached and hereby served upon you.

Dated: August 20, 2008

Respectfully submitted,

/s/Peter V. Baugher (baugher@sw.com)
One of the Attorneys for Defendant
TomTom, Inc.

Peter V. Baugher
Todd H. Flaming
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: (312) 701-9300
Facsimile: (312) 701-9335

184221_1.DOC

James H. Wallace, Jr. (*pro hac vice* forthcoming)
Kevin P. Anderson (*pro hac vice* forthcoming)
Robert J. Scheffel
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone:  (202) 719-7000
Facsimile: (202) 719-7049

2

## **CERTIFICATE OF SERVICE**

      I, Peter V. Baugher, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Filing** was filed electronically with the Clerk of the Court using the CM/ECF System, which will automatically provide electronic notice upon all counsel of record on this 20th day of August, 2008.

                                                  /s/Peter V. Baugher