**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>                **Plaintiff,**<br><br>     **v.**<br><br>**GARMIN LIMITED, GARMIN, INTERNATIONAL, INC., TOMTOM, INC., and MAGELLAN NAVIGATION, INC.,**<br><br>             **Defendants.** | **Civil Action No. 08 CV 3248**<br><br>**Honorable Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Maria Valdez**<br><br>**JURY TRIAL DEMANDED** |

**AMENDED NOTICE OF MOTION**

To:    See Attached Certificate of Service

        On Thursday, August 28, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119, or before any other judge who may be sitting in her place, at the United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then an there present the attached **Garmin International, Inc.'s Motion for Partial Dismissal of Plaintiff's Amended Complaint.**

Dated: August 25, 2008

Respectfully submitted,

**GARMIN INTERNATIONAL, INC.**

By:  /s/Uma Chandrasekaran
     One of Its Attorneys

Walter Jones, Jr. (ARDC No. 1365665)
Mark Andrews (ARDC No. 6242430)
Uma Chandrasekaran (ARDC No. 6281690)
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
Telephone:  312.768.7800
Facsimile:  312.768.7801

B. Trent Webb (*pro hac vice to be submitted*)
Eric A. Buresh (*pro hac vice to be submitted*)
Adam P. Seitz (*pro hac vice to be submitted*)
SHOOK HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  816.474.6550
Facsimile:  816.421.5547

## <u>CERTIFICATE OF SERVICE</u>

I, Uma Chandrasekaran, an attorney, certify that I shall cause to be served a copy of **Garmin International, Inc.'s Amended Notice of Motion for Partial Dismissal of Plaintiff's Amended Complaint** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, or Case Management/Electronic Case Filing System ("CMECF"), as indicated below, on August 25, 2008.

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorneys for Plaintiff SP Technologies, LLC*
Raymond P. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorneys for Magellan Navigation, Inc.*
Daniel T. McCloskey
Earl Patrick Ellisen
GREENBERG TRAURIG, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
(650) 328-8500

Herbert H. Finn
Kevin John O'Shea
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 456-8400

☒ CM/ECF
☐ Facsimile/___ Pages
☐ Federal Express
☐ U.S. Mail
☐ Messenger

*Attorneys for TomTom, Inc.*
Peter V. Baugher
Todd Flaming
Lesley Smith
Schopf & Weiss LLP
One South Wacker Dr., 28 Floor
Chicago, IL 60606

/s/ Uma Chandrasekaran