## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3248 | **DATE** | 8/28/2008 |
| **CASE TITLE** | SP Technologies, LLC vs. Garmin Limited, et al | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear *pro hac vice* [42, 43] granted as to Eric A. Buresh and Adam P. Seitz to appear on behalf of Defendants Garmin Ltd and Garmin International Inc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|