# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3248 | **DATE** | 9/2/2008 |
| **CASE TITLE** | SP Technologies, LLC vs. Garmin Limited, et al | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [44] granted as to James H. Wallace, Jr. to appear on behalf of Defendant Tom Tom, Inc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|