# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3248 | **DATE** | 8/28/2008 |
| **CASE TITLE** | SP Technologies, LLC vs. Garmin Limited, et al | | |

**DOCKET ENTRY TEXT**

Garmin International, Inc.'s motion for partial dismissal of Plaintiff's Amended Complaint [29] entered and continued for briefing. Response to be filed by or on 9/3/2008; reply 9/10/2008. Defendant Garmin Limited dismissed voluntarily - case continues as against other Defendants. Status hearing set for 9/18/2008 at 9:00 to stand.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|