# Affidavit of Process Server

SP Technologies, LLC vs Garmin Limited et AL  08CV3248
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I, **Thomas J. Bowman Jr**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Magellan Navigation, Inc.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ Summons, + amended Complaint for Patent infringement

by serving (NAME) **Katy Motley, General Counsel**

at ☐ Home _____
☒ Business **471 El Camino Real, Santa Clara, CA**
☒ on (DATE) **7/31/08** at (TIME) **1:34 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading                        ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ DATE TIME, ( ) _____ DATE TIME,
( ) _____ DATE TIME, ( ) _____ DATE TIME, ( ) _____ DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☒ Black Hair   ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☐ Brown Hair   ☐ Balding     ☐ 21-35 Yrs.  ☒ 5'0"-5'3"   ☐ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair                             ☒ 36-50 Yrs.  ☐ 5'4"-5'8"   ☒ 131-160 Lbs.
☐ Brown Skin    ☐ Gray Hair   ☐ Mustache ☐ 51-65 Yrs.  ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair     ☐ Beard       ☐ Over 65 Yrs. ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ **CA**   County of ~~Cook~~ **Santa Clara**
Subscribed and sworn to before me, **Wendy L Shetterly**
a notary public, this **31** day of **July**, 20**08**

SERVED BY LASALLE PROCESS SERVERS

NOTARY PUBLIC

[Notary seal: WENDY L SHETTERLY, COMM. #1531569, Notary Public - California, Santa Clara County, My Comm. Expires Dec. 3, 2008]

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

SP TECHNOLOGIES, LLC

           Plaintiff,                **SUMMONS IN A CIVIL CASE**

        v.                       CASE NUMBER:    08 CV 3248

GARMIN LIMITED, GARMIN INTERNATIONAL,    ASSIGNED JUDGE:    REBECCA R. PALLMEYER
INC., TOMTOM, INC., and MAGELLAN
NAVIGATION, INC.,

           Defendants.           DESIGNATED
                                                                             MAGISTRATE JUDGE:   MARIA VALDEZ

TO:                   MAGELLAN NAVIGATION, INC.
                        Any duly authorized representative or agent of
                        471 El Camino Real
                        Santa Clara, CA 95050-43003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro
Sally Wiggins
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street – Suite 4600
Chicago, IL 60602
(312) 236-0733

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                               DATE

Michael W. Dobbins, Clerk

*[signature]*                                                          July 28, 2008

(By) DEPUTY CLERK                                                  Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
          Date                        *Signature of Server*

          _____
          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.