IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  08 CV 3248 |
| vs. | ) | |
| GARMIN INTERNATIONAL, INC., | ) | Honorable Judge Pallmeyer |
| TOMTOM, INC., and MAGELLAN | ) | Mag. Judge Valdez |
| NAVIGATION, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF SPT'S MOTION FOR ENTRY OF A
PROTECTIVE ORDER TO FACILITATE THE EXCHANGE OF DISCOVERY**

Plaintiff SP Technologies ("SPT") filed this lawsuit on August 19, 2008 asserting that each defendant Garmin Limited ("Garmin"), TomTom Inc. ("TomTom") and Magellan Navigation Inc. ("Magellan") infringe SPT's U.S Patent No. 6,784,873 ("the '873 patent") with the sale and offer for sale of certain Personal Navigation Devises.

A scheduling Order has been entered in this case (Docket No. 60) and the parties are proceeding with discovery.  As part of the discovery process, Plaintiff SPT circulated among the defendants a proposed Protective Order on September 23, 2008 (Exhibit A).  The defendants collectively responded through TomTom's counsel.  The parties reached an impasse, however, regarding the production of defendant's source code.

At the October 16, 2008 status conference, Plaintiff raised the outstanding source code issue with this Court:  What is the appropriate procedure for production of source code?  This Court invited the parties to return, if an agreed upon resolution could not be reached.

The parties have conferred on the terms of the Protective Order but remain at an impasse over what security procedures should be used when each defendant produces its source code.

Defendants want to produce their respective source code at their respective local counsel's office, thereby requiring Plaintiff's counsel and its technical expert to travel to three separate locations which is unduly burdensome and unnecessary when other arrangements could be made (such as a secure room at Niro, Scavone, Haller & Niro) to address defendant's security concerns.  Defendant's proposal leaves open how plaintiff is to access the source code in the early hours of the morning when trial work frequently occurs.  Also, in an effort to resolve this remaining issue, Plaintiff SPT disclosed early to defendants its expert Dean Pete Nelson (Exhibit B, CV) as its technical expert with the hope that defendants would agree to allow Plaintiff SPT's trial counsel Niro Scavone Haller & Niro in Chicago to receive and maintain custody of each defendant's source code.  This practice is consistent with procedures followed by Courts in other cases (Exhibit C, sample protective orders).

Respectfully submitted,


_____/s/ Sally Wiggins_____
Raymond P. Niro
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax:  (312) 236-3137
rniro@nshn.com; wiggins@nshn.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, I caused the foregoing **PLAINTIFF SPT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER TO FACILITATE THE EXCHANGE OF DISCOVERY** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Adam P. Seitz                              aseitz@shb.com
Eric A. Buresh
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri  64108
(816) 474-6550
Facsimile:  (816) 421-5547

Mark D. Andrews                   mandrews@pjjq.com
Walter Jones, Jr.                     wjones@pjjq.com
Uma Chandrasekaran        uchandrasekaran@pjjq.com
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois  60601
(312) 768-7800
Fax:  (312) 768-7801
***Attorneys for Defendant Garmin***

Brian A. Carpenter                carpenterb@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado  80202
(303) 572-6573
Facsimile:  (303) 572-6540

Daniel T. McCloskey            mccloskeyd@gtlaw.com
Earl Patrick Ellison                 ellisonp@gtlaw.com
Greenberg Traurig, LLP       AltamiranoT@gtlaw.com
1900 University Avenue, LLP
East Palo Alto, California  94303
(650) 328-8500
Facsimile:  (650) 328-8508

Herbert H. Finn                     finnh@gtlaw.com
Kevin J. O'Shea                     osheak@gtlaw.com
Greenberg Traurig, LLP
77 West Wacker Drive – Suite 2500
Chicago, Illinois  60601

(312) 456-1025
Fax: (312) 899-0385
**Attorneys for Defendant Magellan Navigation, Inc.**

| | |
|---|---|
| James H. Wallace, Jr. | jwallace@wileyrein.com |
| Kevin P. Anderson | kanderson@wileyrein.com |
| Robert J. Scheffel | |
| Brian Pandya | bpandya@wileyrein.com |

Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
 (202) 719-7000
Facsimile:  (202) 719-7049

| | |
|---|---|
| Peter V. Baugher | baugher@sw.com |
| Todd H. Flaming | flaming@sw.com |
| Lesley G. Smith | lgsmith@sw.com |

Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois  60606
(312) 701-9300
Facsimile:  (312) 701-9335
**Attorney for Defendant TomTom, Inc.**


I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____/s/  Sally Wiggins_____
Attorney for Plaintiff
