UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 3248 |
| v. | ) | |
| | ) | Judge Pallmeyer |
| GARMIN INTERNATIONAL, INC., | ) | |
| TOMTOM, INC., and MAGELLAN | ) | Magistrate Judge Valdez |
| NAVIGATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT TOMTOM'S MOTION
FOR SUMMARY JUDGMENT OF UNENFORCEABILITY**

The following are exhibits to the attached Declaration of Brian H. Pandya referenced in the contemporaneously filed Statement of Material Facts in Support of Defendant TomTom's Motion for Summary Judgment of Unenforceability.

| **Exhibit** | **Description** |
|---|---|
| A | Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida |
| B | Search from Federal Bureau of Prisons Inmate Locator Website |
| C | U.S. Patent No. 6,784,873 |
| D | http://www.vb-world.net/tips/tip117.html (as obtained from http://web.archive.org) |
| E | U.S. Patent No. 6,560,468 |
| F | Excerpts from "Handbook for the Palm III Organizer" |
| G | Excerpts from USPTO Office Actions |
| H | 7/22/2002 Office Action Submitted By '873 Inventors to USPTO |
| I | 11/14/2002 Office Action Response Submitted by '873 Inventors to USPTO |

188544_1.DOC

|   |   |
|---|---|
| J | 12/1/2003 Office Action Response Submitted by '873 Inventors to USPTO |
| K | "Tiny Computers Come in Handy, Doctors Find," *Des Moines Register,* by Thomas R. O'Donnell |
| L | "Wireless Future Sizzles," *New Orleans Times-Picayune*, by Keith Darce |
| M | Boesen and Mann Declarations |

Dated: February 2, 2009

/s/Lesley G. Smith
Peter V. Baugher
Lesley G. Smith (lgsmith@sw.com)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: (312) 701-9300
Facsimile: (312) 701-9335

James H. Wallace, Jr. (*pro hac vice*)
Kevin P. Anderson (*pro hac vice* forthcoming)
Robert J. Scheffel
WILEY REIN LLP
1776 K Street, NW
Washington DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049
*Counsel for Defendant TomTom, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARMIN INTERNATIONAL, INC., ) <br> TOMTOM, INC., and MAGELLAN ) <br> NAVIGATION, INC., ) <br> ) <br> Defendants. ) | No. 08 CV 3248 <br><br> Judge Pallmeyer <br><br> Magistrate Judge Valdez |

### DECLARATION OF BRIAN H. PANDYA

I, Brian H. Pandya, hereby declare as follows:

1. I am an attorney at Wiley Rein LLP, counsel for Defendant TomTom, Inc., and I am submitting this declaration in connection with TomTom's Motion for Summary Judgment of Unenforceability of the '873 Patent Due to Inequitable Conduct.

2. Exhibit A is a true and correct copy of Plaintiff SP Technologies, LLC's ("SPT") Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida (Bates numbered SPT 1508), filed March 29, 2005.

3. Exhibit B is a true and correct copy of a search conducted on January 30, 2009 on the Federal Bureau of Prisons Inmate Locator website.

4. Exhibit C is a true and correct copy of U.S. Patent No. 6,784,873 ("the '873 patent").

5. Exhibit D is a true and correct copy of http://www.vb-world.net/tips/tip117.html, as it appeared on April 23, 1999, as obtained from the website http://web.archive.org.

6. Exhibit E is a true and correct copy of U.S. Patent No. 6,560,468.

188545_1.DOC

7. Exhibit F is a true and correct copy of excerpts from the "Handbook for the Palm III Organizer," copyright dated 1998.

8. Exhibit G is a true and correct copy of excerpts of Office Actions, issued by the United States Patent and Trademark Office ("PTO") during the prosecution of the '873 patent, on or around March 21, 2002, August 8, 2002, December 13, 2002, and July 29, 2003.

9. Exhibit H is a true and correct copy of an office action response submitted to the PTO by the inventors of the '873 patent on or around July 22, 2002.

10. Exhibit I is a true and correct copy of an office action response submitted to the PTO by the inventors of the '873 patent on or around November 14, 2002.

11. Exhibit J is a true and correct copy of an office action response submitted to the PTO by the inventors of the '873 patent on or around December 1, 2003.

12. Exhibit K is a true and correct copy of the article, dated April 3, 2000, "Tiny Computers Come in Handy, Doctors Find," *Des Moines Register,* by Thomas R. O'Donnell.

13. Exhibit L is a true and correct copy of the article, dated September 26, 1999, "Wireless Future Sizzles," *New Orleans Times-Picayune,* by Keith Darce.

14. Exhibit M is a true and correct copy of the declarations submitted by Peter Boesen and Thomas Mann on August 4, 2000 in connection with the prosecution of the '873 patent.

\* \* \*

I declare subject to the penalty of perjury of the laws of the United State of America that the foregoing is, to the best of my knowledge, true and correct.

/s/ Brian H. Pandya
Brian H. Pandya
February 2, 2009