IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  08 C 3248 |
| vs. | ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| GARMIN INTERNATIONAL, INC., and | ) | Magistrate-Judge Valdez |
| TOMTOM, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF KARA L. SZPONDOWSKI IN SUPPORT OF SP
TECHNOLOGIES' OPPOSITION TO DEFENDANTS TOMTOM AND GARMIN'S
MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY**

I, Kara L. Szpondowski, declare and state as follows:

1.      I am an attorney at Niro, Scavone, Haller & Niro, counsel for Plaintiff SP

Technologies, L.L.C., and I am submitting this Declaration in connection with SP Technologies'

Opposition to TomTom's Motion for Summary Judgment of Unenforceability of U.S. Patent No.

6,784,873.

2.      Exhibit 1 is a true and accurate copy of Plaintiff's Rule 26(a)(1) Initial

Disclosures, which were served on Defendants on October 10, 2008.

3.      Exhibit 2 is a true and accurate copy of U.S. Patent No. 6,784,873.

4.      Exhibit 3 is a true and accurate copy of U.S. Patent No. 6,560,468.

5.      Exhibit 4 is a true and accurate copy of an excerpt from the prosecution history of

the '873 patent, and is the patentees' July 22, 2002 Amendment to the United States Patent and

Trademark Office, and is Bates stamped. SPT000154-SPT000162.

6.      Exhibit 5 is a true and accurate copy of an excerpt from the prosecution history of the '873 patent, and is the patentees' November 14, 2002 Amendment to the United States Patent and Trademark Office, and is Bates stamped. SPT000176-SPT000181.

7.      Exhibit 6 is a true and accurate copy of an excerpt from the prosecution history of the '873 patent, and is the patentees' May 13, 2003 Amendment to the United States Patent and Trademark Office, and is Bates stamped. SPT000195-SPT000202.

8.      Exhibit 7 is a true and correct copy of an excerpt from the prosecution history of the '873 patent, and is the patentees' December 1, 2003 Amendment to the United States Patent and Trademark Office, and is Bates stamped. SPT000216-SPT000224.

9.      Exhibit 8 is a true and correct copy of the Combined Declaration and Power of Attorney for Sole Inventor, submitted to the United States Patent and Trademark Office on July 28, 2000.

10.      Exhibit 9 is a true and correct copy of the February 4, 2009 hearing transcript in this litigation.

11.      Exhibit 10 is a true and correct copy of Novak v. Tucows, Inc., 2007 U.S. Dist. LEXIS 21269, (E.D.N.Y. March 26, 2007).

12.      Exhibit 11 is a true and correct copy of Chamilia LLC v. Pandora Jewelry, LLC, 2007 WL 2781246, (N.D.N.Y. Sept. 24, 2007).

13.      Exhibit 12 is a true and correct copy of Aspex Eyewear, Inc. v. E'Lite Optik, Inc., 2002 U.S. Dist. LEXIS 14834, (N.D. Tex. 2002).

14.      Exhibit 13 is a true and correct copy of McKay v. Town & Country Cadillac, Inc., 2002 U.S. Dist. LEXIS 10257, (N.D. Ill. 2002).

15.     Exhibit 14 is a true and correct copy of the Notice of Allowability from the prosecution history of the '873 patent.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March _____, 2009, at Chicago, Illinois.


Kara L. Szpondowski

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2009, I caused the foregoing **DECLARATION OF**

**KARA L. SZPONDOWSKI** and associated Exhibits 1-14 to be electronically filed with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Adam P. Seitz                              aseitz@shb.com
Abran Kean                            akean@shb.com
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri  64108
(816) 474-6550
Facsimile:  (816) 421-5547

Mark D. Andrews                     mandrews@pjjq.com
Walter Jones, Jr.                     wjones@pjjq.com
Uma Chandrasekaran             uchandrasekaran@pjjq.com
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois  60601
(312) 768-7800
Facsimile:  (312) 768-7801
***Attorneys for Defendant Garmin***

James H. Wallace, Jr.              jwallace@wileyrein.com
Brian Pandya                    bpandya@wileyrein.com
Kenneth Paul Anderson          kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
Facsimile:  (202) 719-7049

Peter V. Baugher        baugher@sw.com
Todd H. Flaming       flaming@sw.com
Lesley G. Smith         lgsmith@sw.com
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois  60606
(312) 701-9300
Facsimile:  (312) 701-9335
***Attorneys for Defendant TomTom, Inc.***

/s/  Kara L. Szpondowski         

Attorney for Plaintiff