IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GARMIN INTERNATIONAL, INC., and<br>TOMTOM, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 08 C 3248<br><br>Honorable Rebecca R. Pallmeyer<br>Magistrate-Judge Valdez |

### DECLARATION OF CO-INVENTOR PETER BOESEN

I, Peter Boesen, declare and state as follows:

1. I, am a co-inventor of U.S. Patent No. 6,784,873 entitled "A Method and Medium For Computer Readable Keyboard Display Incapable of User Termination."

2. I am not a software programmer.

3. I hired an outside software engineering firm, Planet 2000 [Consulting] to assist me with programming needed in the '873 patent. I found the '873 co-inventor Thomas Mann, who is a software programmer from Nebraska through Planet 2000 [Consulting]. Mr. Mann submitted the source code contained in the '873 patent.

4. Next, I have been shown what has been identified as "Exhibit D" to TomTom's motion for summary judgment. As a point of reference, a copy of what has been shown to me as the "Exhibit D" is attached hereto. I have reviewed the document and I do not recognize this document.

5. I have been told that TomTom contends that a portion of the source code ...tted to the Patent Office in connection with the '873 patent could be found on a

1

website www.vb-world.net/tips/tip117.html. As previously stated, however, I am not a programmer, and have never accessed, PB and I had no reason to access such a web site. Prior to filing for the '873 patent, I never accessed that website, or had knowledge thereof. PB

6.   I understand that TomTom contends that Mr. Mann and I did not disclose "Palm devices" to the United States Patent Office in connection with obtaining the '873 Patent. That is an incorrect statement, as at least two articles were provided to the PB examiner discussing and depicting Palm devices. Both articles discuss Palm devices and both contain photographs of Palm devices. For point of reference, I am attaching copies of the two articles showing that Palm devices were discussed and indeed photographed in the articles.

I declare under penalty of perjury that all of the foregoing is true and correct. Executed this 13 day of March, 2009.

_____
Peter V. Boesen

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2009, I caused the foregoing **DECLARATION OF PETER BOESEN** and associated Exhibits 1-2 to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Adam P. Seitz aseitz@shb.com
Abran Kean akean@shb.com
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri  64108
(816) 474-6550
Facsimile:  (816) 421-5547

Mark D. Andrews mandrews@pjjq.com
Walter Jones, Jr. wjones@pjjq.com
Uma Chandrasekaran uchandrasekaran@pjjq.com
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois  60601
(312) 768-7800
Facsimile:  (312) 768-7801
*Attorneys for Defendant Garmin*

James H. Wallace, Jr. jwallace@wileyrein.com
Brian Pandya bpandya@wileyrein.com
Kenneth Paul Anderson kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
Facsimile:  (202) 719-7049

Peter V. Baugher baugher@sw.com
Todd H. Flaming flaming@sw.com
Lesley G. Smith lgsmith@sw.com
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois  60606
(312) 701-9300
Facsimile:  (312) 701-9335
*Attorneys for Defendant TomTom, Inc.*

/s/  Kara L. Szpondowski

Attorney for Plaintiff