IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  08 C 3248 |
| vs. ) | |
| ) | Honorable Rebecca R. Pallmeyer |
| GARMIN INTERNATIONAL, INC., and ) | Magistrate-Judge Valdez |
| TOMTOM, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF PETER C. NELSON IN SUPPORT OF SP TECHNOLOGIES'
OPPOSITION TO DEFENDANTS TOMTOM AND GARMIN'S
COMBINED MOTION FOR SUMMARY JUDGMENT OF
<u>UNENFORCEABILITY</u>**

I, Peter Nelson, declare and state as follows:

1. I am a Professor of Computer Science at the University of Illinois at Chicago, where I also serve as Dean of the College of Engineering.  I received a B.A. degree (magna cum laude) with a double-major in Computer Science and Mathematics from North Park College (Chicago, Illinois) in 1984.  I received M.S. and Ph.D. degrees in Computer Science from Northwestern University (Evanston, Illinois) in 1986 and 1988, respectively.

2. I joined the University of Illinois at Chicago as an Assistant Professor in 1988, was promoted to a tenured Associate Professor in 1994, and was promoted to a tenured full Professor in 2000.  In addition to my academic professorial positions, I have also served as Director of the Artificial Intelligence Laboratory since 1991, as Department Head of the Computer Science Department from 2001-07, and as Dean of the College of Engineering since 2007. I have served as the advisor for ten Ph.D. graduates and over 30 M.S. graduates.

3. I have taught computer science courses at both the undergraduate and graduate level.

4. My computer science research is developing artificial intelligence methods to solve problems in the fields of transportation, manufacturing, bioinformatics and anti-spamming. I have published over 70 research articles in journals and conferences. I have received over $15 million of research grants and contracts from a variety of government agencies and corporations including the National Science Foundation, National Institutes of Health, U.S. Department of Transportation, National Research Council, Argonne National Laboratories, Illinois Department of Transportation, Motorola and Sun Microsystems.

5. I have been a speaker at computer science and engineering conferences in North America, Europe, Asia and Australia.

6. Over the past 20 years I have worked as a software developer or consultant for numerous companies including AT&T Information Systems, Bell Laboratories, Bell Communications Research, Discover Card Financial Services, Peapod and UBS Warburg.

7. I have expert knowledge of software development and programming languages. During my career I have programmed in numerous different computer programming languages on a wide variety of hardware platforms and operating systems.

8. TomTom's Memorandum in Support of TomTom's Motion for Summary Judgment of Unenforceability of the '873 Patent states the following at page 3:

> What the inventors did not explain, however, is that the 20 lines of code that prevent the keyboard from being "moved, maximized, or minimized" by disabling the X button at the top of a computer screen – the critical lines of code for the claimed invention – were copied word-for- word, line-by-line, from a third-party website (http://www.vb-world.net/tips/tip117.html) that existed as of at least April 23, 1999, more than one year prior to the filing of the '873 patent and before the date invention of the '873 patent.

TomTom's statement is incorrect.  The 20 lines of code referenced do disable the X button, however disabling the X button at the top of the window does not prevent the keyboard from being moved, maximized, or minimized.

9. Software developers commonly use software development environments (e.g., Microsoft's Software Development Network) including manuals that often include fragments of sample code.

10. The origin of the "20 lines of code" referenced from the Internet Archive Wayback Machine, and attached as Exhibit D to TomTom's motion, cannot be accurately determined for at least two reasons.  One reason is that websites are able to exclude and/or remove any historical pages from the Wayback Machine.  (see "How can I remove my site's pages from the Wayback Machine?" at http://www.archive.org/about/faqs.php#2).  A second reason is that some sites cannot be properly archived using the Wayback Machine (see "How do you archive dynamic pages?" and "Why are some sites harder to archive than others?" at http://www.archive.org/about/faqs.php#2).

11. The Wayback Machine does not contain a complete archive of the Microsoft web pages that would have been available for developers using its products.  For example, I used the Wayback Machine to look at Microsoft.com on November 18, 1999, and received the following URL:  http://web.archive.org/web/19991118043043/http://www1.microsoft.com/.  I then clicked on "Developer" to get to the Developer Center webpage at http://web.archive.org/web/20031103102319/microsoft.com/msdn/'++ss+++'.  At this point, when I clicked on "Visual Basic," it led to a broken link.

12. The top three most widely used Internet browsers and their respective market shares are: Internet Explorer 67.44%, Firefox 21.77%, and Safari 8.02% (See Exhibit 1, marketshare.hitslink.com).

13. For attached Exhibits 1, 2, and 3, I used Internet Explorer (Exhibit 1), Firefox (Exhibit 2), and Safari (Exhibit 3) browsers to view and print the marketshare.hitlink.com webpage http://marketshare.hitslink.com/report.aspx?qprid=0. Using the vendor default configurations, each of these browsers print a URL (webpage address) and date of printing when a webpage is printed. The date and URLs are printed as headers and footers on the printouts. To suppress the printing of dates and URLs on these three most widely used browsers, a user needs to modify vendor setup parameters.

14. Exhibit D to TomTom's Memorandum in Support of TomTom's Motion for Summary Judgment of Unenforceability of the '873 Patent contains a printout of a webpage, and this printout does not include either a URL or date in the header or footer on the printout. If this printout was created using any of the three most common web browsers specified above, the user would have needed to modify vendor setup parameters in the browser to suppress printing the date and URL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2009, at Cape Canaveral, Florida.

_____
Peter Nelson

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2009, I caused the foregoing **DECLARATION OF PETER C. NELSON** and associated Exhibits 1-3 to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Adam P. Seitz aseitz@shb.com
Abran Kean akean@shb.com
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
Facsimile: (816) 421-5547

Mark D. Andrews mandrews@pjjq.com
Walter Jones, Jr. wjones@pjjq.com
Uma Chandrasekaran uchandrasekaran@pjjq.com
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800
Facsimile: (312) 768-7801
*Attorneys for Defendant Garmin*

James H. Wallace, Jr. jwallace@wileyrein.com
Brian Pandya bpandya@wileyrein.com
Kenneth Paul Anderson kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
Facsimile: (202) 719-7049

Peter V. Baugher baugher@sw.com
Todd H. Flaming flaming@sw.com
Lesley G. Smith lgsmith@sw.com
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300
Facsimile: (312) 701-9335
*Attorneys for Defendant TomTom, Inc.*

/s/ Kara L. Szpondowski

Attorney for Plaintiff