IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SP TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  08 C 3248 |
| vs. | ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| GARMIN INTERNATIONAL, INC., and | ) | Magistrate-Judge Valdez |
| TOMTOM, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF CO-INVENTOR THOMAS MANN
## IN SUPPORT OF SP TECHNOLOGIES' OPPOSITION TO DEFENDANTS
## MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY

I,      Thomas J. Mann, declare and state as follows:

1.      I am a software developer residing in Omaha, Nebraska.

2.      I have been programming software for 27 years.

3.      I am a named co-inventor of U.S. Patent No. 6,784,873 entitled "A Method

and Medium For Computer Readable Keyboard Display Incapable of User Termination.

4.      I do not own any interest in U. S. Patent No. 6,784,873.  I do not have any

interest in this litigation or the Plaintiff SPT.

5.      I researched and developed the software code contained in U.S. Patent

No. 6,784,873 in at least Column 3, Line 59 through Column 20, Line 35.

6.      My relationship with Dr. Boesen the other inventor was solely in

connection with my work as a programmer.  I have never worked with Dr. Boesen in

connection with his medical services practice.

1

7.    I have read defendants' motion for summary judgment and allegations of inequitable conduct.

8.    The allegations made against me of plagiarism are simply untrue and made by someone who is not familiar with Microsoft's motivation for selling Visual Basic and other Microsoft programming languages - which is to **encourage programmers like myself to develop "software product(s) that are designed to operate in conjunction with any Microsoft operating system product.**" (Exhibit 1, Visual Basic 6.0 License Agreement)

9.    Microsoft introduced Visual Basic (as well as several iterations of it), a Microsoft Windows based programming language, to be used by programmers like myself for developing software on Microsoft's operating systems, such as Windows 98®.

10.    I do not deny that at the time I developed the source code in the patent that I was aware of Microsoft's Visual Basic and used it.  That is why the specification of U.S. Patent No. 6,784,873 states at Column 3, lines 59-60 that "**an example of the keyboard application programming as it would appear in Visual Basic is**" and the specification further states immediately following the source code, at Column 20, Lines 37-38 that the source code is "preferably executed in conjunction with a Windows 98® operating system."  The patent in the specification states:  "The keyboard is preferably the result of a software application written in Visual Basic or C++, though various software programming languages may be used.  The keyboard has all task bars removed and may not be minimized, maximized, deleted, closed or resized and is therefore immutable"; Col. 3, Lines 40-44.  Again, a software programmer in 1999 would

know that Visual Basic and Windows 98® are Microsoft.

11.     At the time I was working on the claimed invention, I consulted with Microsoft Visual Basic on-line support under my Visual Basic user grant.

12.     I understand that defendants contend that a portion that a portion of the source code in the '873 Patent existed on www.vb-world.net//tip/tip117.html. I was not aware of this website prior to August 4, 2000 (the filing date of the '873 patent). I did not access this website prior to the August 4, 2000 filing date.

13.     Additionally, I understand that TomTom states that I did not disclose "Palm devices." First, it is unclear what device Defendants claim I knew about. Next, two articles were disclosed to the USPTO; both discuss Palm Devices and both contain photos of Palm Devices.

14.     The software code contained in the '873 Patent is not intended to be dissected as the defendants are doing here. Like all source code, it is the entirety of the software code that is to be considered. Specifically, the 20 lines TomTom focuses on is only one subroutine in a 1,115 line application.

15.     During the course of compiling the source code in the '873 Patent, I reviewed various subroutines (Some of which may have been provided by Microsoft Visual Basic on-line support).

I declare under penalty of perjury that all of the foregoing is true and correct. Executed this 25 day of March, 2009.


_____
Thomas Mann


3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2009, I caused the foregoing **DECLARATION OF THOMAS MANN** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Adam P. Seitz    aseitz@shb.com
Abran Kean     akean@shb.com
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550
Facsimile: (816) 421-5547

Mark D. Andrews    mandrews@pjjq.com
Walter Jones, Jr.     wjones@pjjq.com
Uma Chandrasekaran  uchandrasekaran@pjjq.com
Pugh, Jones, Johnson & Quandt, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800
Facsimile: (312) 768-7801
*Attorneys for Defendant Garmin*

James H. Wallace, Jr.  jwallace@wileyrein.com
Brian Pandya    bpandya@wileyrein.com
Kenneth Paul Anderson kanderson@wileyrein.com
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7000
Facsimile: (202) 719-7049

Peter V. Baugher  baugher@sw.com
Todd H. Flaming  flaming@sw.com
Lesley G. Smith   lgsmith@sw.com
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300
Facsimile: (312) 701-9335
*Attorneys for Defendant TomTom, Inc.*

/s/ Kara L. Szpondowski

Attorney for Plaintiff