# EXHIBIT 8
**Declaration of David Speck**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 08 CV 3248 |
| v. ) | |
| ) | Honorable Judge Pallmeyer |
| GARMIN INTERNATIONAL, INC., and ) | Mag. Judge Valdez |
| TOMTOM, INC., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID SPECK

I, David Speck, having personal knowledge of the facts stated below, and under penalty of perjury, hereby declare that:

1. I am the Assistant Vice President of Auto Technical Operations for American Honda Motor Co, Inc (hereinafter referred to as "American Honda"). I have been employed by American Honda since 1987. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, I could competently testify thereto.

2. On February 5, 2009, American Honda was properly served with a subpoena *duces tecum*, which solicited certain documents identified therein. Exhibit A is a true and accurate copy of the subpoena served on American Honda.

3. In response to the subpoena of February 5, 2009, American Honda produced numerous documents, including two video files. I have reviewed the materials

3431157v1

produced by American Honda and I now submit this Declaration in support of the authenticity of documents provided by American Honda.

    4.  In particular, attached hereto as Exhibit B is certain Acura® Marketing Literature (hereinafter referred to as "Acura® Automobiles Marketing Literature"), which also bears the Acura® trademark and 1998 Acura Division of American Honda copyright notice. The Acura® Automobiles Marketing Literature was publicly available in the United States at least as early as January 1, 1999. The document attached hereto as Exhibit B is a true and accurate copy of the Acura® Automobiles Marketing Literature, as it is kept in the ordinary course of business.

    5.  Also attached hereto, as Exhibit C, is additional Acura® Marketing Literature (hereinafter referred to as "Excellence Is Expected Marketing Literature"), which also bears the Acura® trademark and 1998 Acura Division of American Honda copyright notice. The Excellence Is Expected Marketing Literature was publicly available in the United States at least as early as January 1, 1999. The document attached hereto as Exhibit C is a true and accurate copy of the Acura® Automobiles Marketing Literature, as it is kept in the ordinary course of business.

    6.  Exhibit D is a 2000 Acura® TL Navigation System Owner's Manual, which bears the Acura® trademark and 1999 copyright notice. The 2000 Acura® TL Navigation System Owner's Manual accompanied new vehicle sales of the 2000 Acura® TL vehicle, which was first offered for sale or sold in the United States at least as early as January 1, 2000. The document attached hereto as Exhibit D is a true and accurate copy of the 2000 Acura® TL Owner's Manual, as it is kept in the ordinary course of business.

    7.  Exhibit E is additional Acura® Marketing Literature (hereinafter referred to as "Acura® 1999 TL Marketing Literature"), which also bears the Acura® trademark and 1998

Acura Division of American Honda copyright notice. The Acura® 1999 TL Marketing Literature was publicly available in the United States at least as early as January 1, 1999. The document attached hereto as Exhibit E is a true and accurate copy of the Acura® 1999 TL Marketing Literature, as it is kept in the ordinary course of business.

       8.      Exhibit F is the navigation system instructional video for the 1996 Acura® RL navigation system, entitled "The Owner's Guide to the Navigation System." The video cover, attached hereto as Exhibit G, bears the Acura® trademark and 1996 copyright notice. The 1996 navigation system instructional video accompanied new vehicle sales of the 1996 Acura® RL vehicle, which was first offered for sale or sold in the United States at least as early as May, 1996. The videos attached hereto as Exhibit F is a true and accurate copy of the instructional video of the 1996 Acura® RL navigation system. The document attached hereto as Exhibit G is a true and accurate copy of the instructional video cover for the 1996 Acura® RL navigation system.

       9.      Exhibit H is a 1996 Acura® RL Owner's Manual, which bears the Acura® trademark and Acura Division of American Honda copyright notice. The 1996 Acura® RL Owner's Manual accompanied new vehicle sales of the 1996 Acura® RL vehicle, which was first offered for sale or sold in the United States at least as early as May, 1996. The document attached hereto as Exhibit H is a true and accurate copy of the 1996 Acura® RL Owner's Manual, as it is kept in the ordinary course of business.

      10.     Exhibit I is a 1996 Acura® RL Navigation Manual, which bears the Acura® trademark and Acura Division of American Honda copyright notice. The 1996 Acura® RL Navigation Manual accompanied new vehicle sales of the 1996 Acura® RL vehicle that incorporated the navigational system, which was first offered for sale or sold in the United States

at least as early as May, 1996. The document attached hereto as Exhibit I is a true and accurate copy of the 1996 Acura® RL Navigational Manual, as it is kept in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2009

_____
David Speck
For American Honda

3431157v1